# United States of America
### United States Patent and Trademark Office

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

**Reg. No. 3,722,172**  LEWIS BRISBOIS BISGAARD & SMITH LLP (CALIFORNIA LIMITED LIABILITY
Registered Dec. 8, 2009     PARTNERSHIP)
SUITE 1200
221 NORTH FIGUEROA STREET
**Int. Cl.: 45**  LOIS ANGELES, CA 90012

FOR: LEGAL SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

**SERVICE MARK
PRINCIPAL REGISTER**  FIRST USE 6-30-2008, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 07/01/2002; IN COMMERCE 6-30-2008, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 07/01/2002.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LLP", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE STYLIZED WORDING "LEWIS" ABOVE THE STYLIZED WORDING "BRISBOIS" WHICH IS ABOVE THE STYLIZED WORDING "BISGAARD" WHICH IS ABOVE THE STYLIZED WORDING "& SMITH LLP".

SER. NO. 77-738,043, FILED 5-15-2009.

MICHAEL TANNER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**EXHIBIT 1**