| Form 307<br>(Revised 05/11)<br><br>Submit in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512/463-5709<br>**Filing Fee: See instructions** | <br><br>**Application for Registration of a Foreign Limited Liability Partnership** | This space reserved for office use.<br><br>**FILED**<br>**In the Office of the**<br>**Secretary of State of Texas**<br><br>**MAR 28 2022**<br><br>**Corporations Section** |
|---|---|---|

1. The entity is a foreign limited liability partnership or foreign limited liability limited partnership. The name of the entity is:

LEWIS BRISBOIS BISGAARD & SMITH LLP
_____
*Provide the full legal name of the entity as stated in the entity's formation/registration document in its jurisdiction of formation.*

2. The name of the partnership in its jurisdiction of formation does not contain the phrase "limited liability partnership" or "limited liability limited partnership" or an abbreviation of one of these phrases. The name of the entity with the word or abbreviation that it elects to add for use in Texas is:

_____

3. The entity's federal employer identification number is: 95-3720522

☐ Federal employer identification number information is not available at this time.

4. It is organized under the laws of: (set forth state or foreign country) CALIFORNIA

and the date of its initial registration in that jurisdiction is: 04/01/1979
                                                                   *mm/dd/yyyy*

5. As of the date of filing, the undersigned certifies that the foreign limited liability partnership currently exists as a valid limited liability partnership under the laws of the jurisdiction of its formation.

6. The number of general partners in Texas as of the date of the application is: 49 *(See instructions.)*

7. The date on which the foreign entity intends to transact business in Texas, or the date on which the foreign entity first transacted business in Texas is: 03/09/2022
                                                                                                   *mm/dd/yyyy*     *Late fees may apply (see instructions).*

8. The principal office address of the limited liability partnership is:

| 633 W. 5TH STREET, SUITE 4000 | LOS ANGELES | CA | USA | 90071-2074 |
|---|---|---|---|---|
| *Address* | *City* | *State* | *Country* | *Zip/Postal Code* |

Complete item 9A or 9B, but not both. Complete item 9C.

☐ 9A. The registered agent is an organization (cannot be entity named above) by the name of:

_____

OR

☑ 9B. The registered agent is an individual resident of the state whose name is:

| CHRIS | C | WHITE | |
|---|---|---|---|
| *First Name* | *M.I.* | *Last Name* | *Suffix* |

**RECEIVED**

Form 307           **MAR 28 2022**                    5

                   **Secretary of State**                                              EXHIBIT 4

9C. The business address of the registered agent and the registered office address is:

| 2100 ROSS AVENUE, SUITE 2000 | DALLAS | TX | 75201 |
|---|---|---|---|
| *Street Address* | *City* | *State* | *Zip Code* |

10. The entity hereby appoints the Secretary of State of Texas as its agent for service of process under the circumstances set forth in section 5.251 of the Texas Business Organizations Code.

11. The business or activities of the entity that it proposes to pursue in the transaction of business in Texas are set forth below.

PRACTICE OF LAW

### Effectiveness of Filing (Select either A or B)

A. [✔] This document becomes effective when the document is filed by the secretary of state.

B. [ ] This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

Date: 3/15/22

_____

_____

_____

Signature of a majority-in-interest of the partners or signature of one or more of the partners authorized by a majority-in-interest.