| Form 701<br><br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>**Filing Fee: See Instructions** | <br><br>**Registration of a<br>Limited Liability Partnership** | **Filed in the Office of the<br>Secretary of State of Texas**<br>Filing #: 804584868 05/26/2022<br>Document #: 1151816630002<br>Image Generated Electronically<br>for Web Filing |
|---|---|---|

1. The name of the partnership is:
   **Lewis Brisbois Bisgaard & Smith, LLP**

2. The partnership is a: **general partnership.**

3. A. ☑ The federal employer identification number is **882509410**
   B. ☐ The partnership has not obtained a federal employer identification number at this time.

4. The street address of the partnership's principal office in this state or outside of this state, as applicable, is
   **503 FM 359-130, Suite 116, Richmond, TX, USA 77406-2195**

5. The number of partners in the partnership at the date of the application is **2**.

6. The partnership's business is:
   **Mediation and related services.**

### Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

OR

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Execution

The undersigned person or persons sign this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: **May 26, 2022**

**Michael Bitgood**

Signature(s) of a majority-in-interest of the partners, or by one
or more of the partners authorized by a majority-in-interest.

FILING OFFICE COPY

**EXHIBIT 6**