

Jana I. Lubert<br>
633 West 5th Street, Suite 4000<br>
Los Angeles, California 90071<br>
Jana.Lubert@lewisbrisbois.com<br>
Direct: 213.680.5075

September 16, 2022

*Via Email: EastProLaw@msn.com*
Michael Joseph Bitgood
a/k/a Michael Easton
503 FM 359, Suite 130-220
Richmond, Texas 77406

*Via Email: SueNorman@SueNormanLaw.com*
Susan C. Norman
Law Office of Susan C. Norman
P.O. Box 55585
Houston, Texas 77255

    Re:    Lewis Brisbois Bisgaard & Smith LLP trademark infringement

Dear Mr. Bitgood and Ms. Norman:

    I am General Counsel for Lewis Brisbois Bisgaard & Smith LLP, and write to you regarding a matter that is of significant concern.  As we detail below, we understand Mr. Bitgood is the promoter and principle of an entity formed in Texas called "Lewis Brisbois Bisgaard & Smith LLP".

    Our Firm was founded in 1979 with seven lawyers in California and has now grown to over 1600 lawyers in over 30 states including Texas.  The Firm originally was known as LEWIS D'AMATO, BRISBOIS & BISGAARD.  Since 2002, the firm has been known as LEWIS BRISBOIS BISGAARD & SMITH.  The Firm has developed, as we trust you might imagine, enormous good will if not fame as a nationwide law firm.

    The Firm owns the trademark LEWIS BRISBOIS BISGAARD & SMITH by virtue of its continuous usage as noted since 2002.  Moreover, the Firm owns a federal trademark registration for LB (Registration # 5,151,123) and for LB LEWIS BRISBOIS (Registration # 5,151,128).  Suffice to say, the Firm owns exceedingly strong trademark rights in its name.

    Mr. Bitgood caused to be issued a domestic partnership in Texas with the name, "Lewis Brisbois Bisgaard & Smith LLP".  That is not only our Firm's trademark, it is also the exact legal name of our limited

**EXHIBIT 11**

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA • OHIO
OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

4893-4155-3971.1

Michael Bitgood and Susan Norman
September 16, 2022
Page 2

liability partnership.  Because of the fame and notoriety of our Firm, such an endeavor was most certainly done with the intent to impersonate our law firm.

    Based on the above, we demand that you dissolve immediately the entity named "Lewis Brisbois Bisgaard  & Smith LLP" and cease any further activity which serves to identify yourself as our law firm.  Ms. Norman, you are not authorized to represent to anyone, and especially any court, that you represent our Firm.  Your failure to adhere to these demands will force us to pursue all remedies available including but not limited to, asking for an investigation of your efforts to impersonate our law firm.

    We expect confirmation within 48 hours that these demands have been met.

Very truly yours,

*Jana Lubert*

Jana I. Lubert
General Counsel
LEWIS BRISBOIS BISGAARD & SMITH LLP