**From:** EastProLaw ,
**Subject:** [EXT] NOT AFFILIATED WITH "LEWIS & BOBO" A CALIFORNIA FOREIGN LLP
**Date:** Friday, September 23, 2022 2:13:09 PM
**Attachments:** Screenshot 2022-09-23 at 13-44-12 VistaPrint Studio.png
Screenshot 2022-09-23 at 13-45-03 VistaPrint Studio.png



This should "cool" Jana Lubert's "jets" until I can get to "Little" Billy Helfand, and Bennett Fisher next week---no possible name confusion at all, we are not that incompetent, all they have to do is like "Doc Holiday" said in "Tombstone":  "SAY WHEN"!-- and say otherwise, thereby holding open the door in court for me to put on evidence to the contrary!  "Don't be a daisy" Bennett & Billy, just "SAY WHEN"!--see the back of the card!

This E-mail, including attachments, is privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C.  2510-2521, 2701-2710.  The contents of this communication are intended for the sole use of the intended recipient, and any disclosure, dissemination, distribution, or duplication thereof without the express, written consent of the sender is strictly prohibited.  If you are not the intended recipient, please immediately notify the sender by return email, delete this communication (including any attachments transmitted herewith) from your email box, and refrain from disclosing the contents thereof to anyone, using it for any purpose, or storing or copying it into any medium.  Any and all matters discussed or referenced or ???statements??? made in this communication are covered by Texas Rule of Evidence 410 and 503, and are not admissible against the Defendant/Plaintiff/Petitioner/Respondent/Relator/True-Party-in-Interest/Client/ and/or witness as the case may be.
*********************************************************************************************************************************************

**EXHIBIT 12**



