

Bennett G. Fisher
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Bennett.Fisher@lewisbrisbois.com
Direct: 346.241.4095

September 28, 2022

**Via Email suenorman@suenormanlaw.com**
**& Via Federal Express No. 2785 3011 0850**
Sue Norman
Law Office of Sue Norman
530 F.M. 359-120, Suite 216
Richmond, Texas 77046-2195

Re:   **LEWIS BRISBOIS BISGAARD & SMITH;** Michael Easton, et al; Sue Norman

Dear Sue:

We have known each other for almost 30 years, as colleagues, co-counsel and friends, but I write to you today as an attorney for Lewis Brisbois Bisgaard & Smith LLP (the "Firm"). As you know, I am a partner at Lewis Brisbois Bisgaard & Smith. In order for me to practice law here, at one of the largest firms in the United States, I had to go through a process. First, I was recommended, then my background and legal proficiency was researched. The firm did an exhaustive background check, spoke to other attorneys and judges about me to determine if I would be a good fit. Finally, there was an interview process and ultimately, I was invited to join the firm.

You, on the other hand, seem to have skipped that process, but are nonetheless holding yourself out as an attorney of the firm known as Lewis Brisbois Bisgaard & Smith. We both know the following: first, you are not an attorney practicing in this law firm. Second, there is no one at your office whose last name is either Lewis, Brisbois, Bisgaard or even Smith. And third, you know and have known, since at least this past spring, that there is a law firm named Lewis Brisbois Bisgaard & Smith practicing law in Houston, Texas.

You are in violation of Section VII of the Texas Disciplinary Rules of Professional Conduct; specifically, please read Subsection 7.01(c), Information About Legal Services, Communications Concerning a Lawyer's Services (see attached). Please write to me on or before the close of business on September 30th assuring me, on behalf of the Firm, that you will immediately cease and desist from holding yourself out as a mediator, arbitrator, member, partner or associate of any firm whose name is Lewis Brisbois Bisgaard & Smith or Lewis Brisbois and further, that you will not allow anyone to sign or use your name in such capacity.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
4876-9641-3237.1            25497-689 Correspondence / Letter - Sue Norman 9.28.22b

Sue Norman
September 28, 2022
Page 2

      Thank you and if you have any questions, please write to me at the email or address on this letterhead.

Sincerely,

Bennett G. Fisher of
LEWIS BRISBOIS BISGAARD & SMITH LLP

BGF:cyr

cc:    **VIA EMAIL**
        Jana Lubert - Jana.Lubert@lewisbrisbois.com
        David Oubre - David.Oubre@lewisbrisbois.com
        Bill Helfand - Bill.Helfand@lewisbrisbois.com
        Sean Braun - Sean.Braun@lewisbrisbois.com