**In the United States District Court**
**for the Southern District of Texas, Houston Division**

| | |
|---|---|
| **Lewis Brisbois Bisgaard & Smith, LLP,** | |
| Plaintiff, | **Civil Action No. 4:22-cv-3279** |
| v. | |
| **Michael Joseph Bitgood a/k/a "Michael Easton,"** *et al.* | **Jury Demanded** |
| Defendants. | |

## PLAINTIFF'S EXHIBIT LIST

| PRESIDING JUDGE Keith P Ellison | PLAINTIFF'S ATTORNEY William S. Helfand Bennett G. Fisher Sean O'Neal Braun | DEFENDANTS' ATTORNEY Michael Joseph Bitgood |
|---|---|---|
| **HEARING DATE** 10/6/22 | **COURT REPORTER** | **COURTROOM DEPUTY** |

| EXHIBIT NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|
| A | | | | 5/15/2009 – Registration No. 3722172 |
| B | | | | 7/25/2016 – Registration No. 5151128 |
| C | | | | 7/25/2016 – Registration No. 5151123 |
| D | | | | 9/16/22 – Letter from Lubert to Bitgood and Norman |
| E | | | | 9/23/22 – Bitgood email |
| F | | | | 8/17/22 – Email from Riede to Giles |
| G | | | | Article – Lewis Brisbois Sues Lewis Brisbois in Texas Name Spat |

| | | | | |
|---|---|---|---|---|
| H | | | | Article – Leading National Law Firm Lewis Brisbois Selects Bottomline's Law Firm Analytics to Assist in Managing Billing Operations |
| I | | | | Article – Lawsuits Over Digital Accessibility for People with Disabilities Are Rising |
| J | | | | Article – The Law Firms that Get Hired When a Firm is Hacked |
| K | | | | Article – The 2022 Am Law 100: By the Numbers |
| L | | | | Article – UK Proposal Extending Property Rights to Digital Assets Could have Sweeping Consequences |
| M | | | | Article – Glass Ceiling Report: How Does Your Firm Stack Up? |
| N | | | | Article – Women in Focus |
| O | | | | Article – See how law firms measure up on the representation of female attorneys in their ranks |
| P | | | | Article – The Largest Law Firms With the Most Women Lawyers (2021) |
| Q | | | | Article – Husch Blackwell poaches Lewis Brisbois employment law vice chair |
| R | | | | Article – How Starbucks Could Avoid A Repeat Of the New Jersey Hepatitis Crisis |
| S | | | | Article – Leopard Solutions release ranking of the healthiest firms of 2021 |
| T | | | | Article – Music Industry Moves: Brent Faiyaz Re-Ups With Pulse Music |
| U | | | | U.S . Supreme Court Docket Search |
| V | | | | Petition of Certiorari - *Lenard Johnson v. Richard Winfrey, Jr., et al.*; U. S. Supreme Court |
| W | | | | 9/28/22 Letter to Sue Norman |
| X | | | | 9/29/22 Letter to Bennett G. Fisher |

| | | | | |
|---|---|---|---|---|
| Y | | | | Plaintiffs' Amended Petition (page 1) – Cause No. 22-CCV-070378 in the Fort Bend County Court at Law No. 3 |
| Z | | | | Defendants' Original Answer and Jury Demand – Cause No. 22-CCV-070378 in the Fort Bend County Court at Law No. 3 |
| AA | | | | Plaintiffs' Third Amended Petition for Declaratory Relief and Application for Temporary Injunction Pending Trial (page 1) – Cause No. 22-CCV-070378 in the Fort Bend County Court at Law No. 3 |
| BB | | | | Plaintiff's "Soft" Objections/Motion to Strike Defendant's "Original" Answer Filed On 9/21/22 (page 1) – Cause No. 22-CCV-070378 in the Fort Bend County Court at Law No. 3 |
| CC | | | | Business Organizations Code Title 1. General Provisions |
| DD | | | | 1/21/22 Secretary of State Letter |
| EE | | | | 3/28/22 Application for Registration of a Foreign Limited Partnership |
| FF | | | | 3/28/22 Certificate of Filing |
| GG | | | | 5/26/22 Registration of Limited Liability Partnership |
| HH | | | | 5/26/22 Certificate of Filing |
| II | | | | 6/1/22 Assumed Name Certificate for Filing with the Secretary of State |
| JJ | | | | 6/1/22 Certificate of Filing |
| KK | | | | Nominal Defendants' Appeal of the Associate Judge's Decisions |
| LL | | | | Summary of Michael Joseph Bitgood (a/k/a Michael Easton)'s Criminal History |

Dated: October 6, 2022                    Respectfully submitted,

**Lewis Brisbois Bisgaard & Smith LLP**

*/ s / William S. Helfand*
William S. Helfand
Attorney-in-Charge
Texas Bar No. 09388250
Bennett G. Fisher
Texas Bar No. 07049125
Sean O'Neal Braun
Texas Bar No. 24088907
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767 Telephone
(713) 759-6830 Facsimile
bill.helfand@lewisbrisbois.com
bennett.fisher@lewisbrisbois.com
sean.braun@lewisbrisbois.com

**Attorneys for Plaintiff,**
**Lewis Brisbois Bisgaard & Smith, LLP**

**Certificate of Service**

I certify a true and correct copy of the foregoing document has been served on all parties and counsel *of record* by electronic filing on October 6, 2022.

*/ s / William S. Helfand*
William S. Helfand