# United States of America
## United States Patent and Trademark Office

# LEWIS
# BRISBOIS
# BISGAARD
# & SMITH LLP

**Reg. No. 3,722,172**
Registered Dec. 8, 2009

**Int. Cl.: 45**

**SERVICE MARK**
**PRINCIPAL REGISTER**

LEWIS BRISBOIS BISGAARD & SMITH LLP (CALIFORNIA LIMITED LIABILITY PARTNERSHIP)
SUITE 1200
221 NORTH FIGUEROA STREET
LOIS ANGELES, CA 90012

FOR: LEGAL SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 6-30-2008, THE MARK WAS FIRST USED ANYWHERE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 07/01/2002; IN COMMERCE 6-30-2008, THE MARK WAS FIRST USED IN COMMERCE IN A DIFFERENT FORM OTHER THAN THAT SOUGHT TO BE REGISTERED AT LEAST AS EARLY AS 07/01/2002.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LLP", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE STYLIZED WORDING "LEWIS" ABOVE THE STYLIZED WORDING "BRISBOIS" WHICH IS ABOVE THE STYLIZED WORDING "BISGAARD" WHICH IS ABOVE THE STYLIZED WORDING "& SMITH LLP".

SER. NO. 77-738,043, FILED 5-15-2009.

MICHAEL TANNER, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office

**EXHIBIT A**