Case 4:22-cv-03279   Document 10-8   Filed on 10/06/22 in TXSD   Page 1 of 5

10/6/22, 12:20 PM                              Leading National Law Firm Lewis Brisbois Selects Bottomline's Law Firm Analytics to Assist in Managing Billing Operations

HOME  MAIL  NEWS  FINANCE  SPORTS  ENTERTAINMENT  LIFE  SEARCH  SHOPPING  Yahoo Daily newsletter

yahoo/life                                                                                                Sign in        Mail

Life   Featured   Well-being   Inspiring Stories   Parenting   COVID-19   Style & Beauty   Watch   Food   Horoscopes   Shopping

GlobeNewswire

# Leading National Law Firm Lewis Brisbois Selects Bottomline's Law Firm Analytics to Assist in Managing Billing Operations

**Bottomline Technologies, Inc.**
July 22, 2020 · 2 min read

*Solution enables firms to gain insight into performance across carriers*

PORTSMOUTH, N.H., July 22, 2020 (GLOBE NEWSWIRE) -- Bottomline (NASDAQ: EPAY) today announced that Lewis Brisbois Bisgaard & Smith LLP, an AM LAW 100 law firm with over 50 offices and over 1400 attorneys nationwide, recently implemented Bottomline's Law Firm Analytics solution. The firm selected the tool to improve billing operations, aid in timekeeper education and management, gain greater insight into firm performance, and strengthen client relationships.

Law Firm Analytics provides actionable insights into all of a law firm's clients and cases billed in Bottomline's Legal-X system. The solution includes dashboards and automated reports to eliminate manual data compilation and simplify analysis of key metrics. Firms are now able to prioritize invoices to appeal, view timekeeper summaries, and track areas of non-compliance down to the line item level.

"We are delighted to have an industry-leading firm like Lewis Brisbois implement Law Firm Analytics. We continue to see increased utilization and importance placed on metrics



Ad • Nordstrom

### Gold 9 Eau de Parfum

Free Shipping. Free Returns. All the Time.
What it is: An eau de parfum that is the third volume in Trish's iconic No. 9...

Shop Now

**TRENDING**

Vogue editor speaks out after body shaming
Yahoo Life · 3 min read

Planned Parenthood to launch first-of-its-kind mobile abortion clinic in Midwest



EXHIBIT H

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SEARCH    SHOPPING    YAHOO PLUS    Yahoo life Daily newsletter

**yahoo/life**                                                                                        Sign in        Mail

Life    Featured    Well-being    Inspiring Stories    Parenting    COVID-19    Style & Beauty    Watch    Food    Horoscopes    Shoppir

this information can be used to improve service, increase collaboration, and reduce inefficiencies in the billing process."

Darling gives birth in campaign ad
TODAY · 3 min read

Shaquille O'Neal says he can't take credit for his 'perfect' kids: 'I had 2 wonderful mothers who...
Yahoo Life · 7 min read 

Bottomline is the leading provider of Legal Spend Management solutions to the P&C Insurance industry with over 400 carriers and claims organizations as customers including 55 of the Top 100 carriers as ranked by AM Best. Bottomline's network includes over 14,000 law firms, independent adjusters, and other claims vendors submitting invoices electronically through our solutions.

**About Bottomline:**
Bottomline (NASDAQ: EPAY) makes complex business payments simple, smart, and secure. Corporations and banks rely on Bottomline for domestic and international payments, efficient cash management, automated workflows for payment processing and bill review, and state of the art fraud detection, behavioral analytics and regulatory compliance solutions. Thousands of corporations around the world benefit from Bottomline solutions. Headquartered in Portsmouth, NH, Bottomline delights customers through

Story continues

| HOME | MAIL | NEWS | FINANCE | SPORTS | ENTERTAINMENT | LIFE | SEARCH | SHOPPING | YAHOO PLUS: Yahoo LifeREDaily newsletter |

# yahoo/life

[Sign in]   Mail

Life | Featured | Well-being | Inspiring Stories | Parenting | COVID-19 | Style & Beauty | Watch | Food | Horoscopes | Shoppir

**Tired of Your Home Smelling Like a Cat?**

[TRY PRETTYLITTER]

## LATEST STORIES



**YAHOO LIFE SHOPPING**

**'So fluffy': This sweatshirt is ridiculously soft — and it's on sale for $30**
Want something ultra cozy but cute enough to wear in public? Look no further.

2d ago



**YAHOO LIFE SHOPPING**

**Fur everywhere? This 'magical' pet hair remover is down to $18, but only 'til midnight**
Meet the ChomChom: The bestselling pet hair remover with 90,000 five-star reviews — save $9 right now!

3d ago



**Ad • New Arena**    ...

**Fantasy Running Backs You Should Sit This Week**
Sit/Start options for fantasy running backs



**YAHOO LIFE SHOPPING**

**This holiday gift is on point: Amazon's bestselling Cuisinart knife set is down to $15**
'They cut like butter,' says one of 18,000+ five-star reviewers.

3d ago



**YAHOO LIFE**

**Selma Blair says being blindfolded on 'Dancing With the Stars' was to combat MS flare-up: 'I felt much**
The actress praised her dancing partner for being a part of her journey.

23h ago



**IN THE KNOW BY YAHOO**

**Meet the "Trash Walker" who is combing through NYC's garbage and exposing its waste issue**
Follow along with Anna, also known as "The Trash Walker" on social media, as she pulls out usable items from residential and corporate waste in NYC.

4d ago

Ad • Capital One Shopping    ...

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SEARCH    SHOPPING    YAHOO PLUS   Yahoo   Daily newsletter

**yahoo/life**                                                                                    Sign in        Mail

Life    Featured    Well-being    Inspiring Stories    Parenting    COVID-19    Style & Beauty    Watch    Food    Horoscopes    Shoppir



**YAHOO LIFE SHOPPING**

**Is this a mistake? Just $15 for a top-rated massage gun that 'came from the heavens'?**
Be a holiday hero: Stock up on this super-affordable gift for the people on your list who most need to chill out.

1h ago



**YAHOO LIFE SHOPPING**

**This serum promises fuller lashes in as little as two weeks — and it's on sale**
Say goodbye to sticky lash glue and magnetic falsies.

22h ago



**YAHOO LIFE SHOPPING**

**12,000+ Amazon shoppers are obsessed with this motivational water bottle — it's on sale for just $14**
Meet all your hydration goals, at a massive discount.

22h ago



**Ad • Redshirts Always Die**

**Cat Gives Birth - What She Has Aren't Kittens**
The vet put it in one box and the mother in another before leaving the room. Look Closer.



**IN THE KNOW BY YAHOO**

**Style influencer Simi Moonlight hosts girlfriends for takeout and cocktails**
Simi Moonlight showed us how to have an easy girls' night in by ordering her favorite takeout, making delicious drinks and ending with a moment on her amazing rooftop in New York...

3d ago



**YAHOO LIFE SHOPPING**

**The best October Prime Day 2022 deals so far — including best-selling boots for 70% off**
Best-selling boots, a robot vac, a smart TV and more — it's all on sale right now!

3d ago

Case 4:22-cv-03279   Document 10-8   Filed on 10/06/22 in TXSD   Page 5 of 5

10/6/22, 12:20 PM                Leading National Law Firm Lewis Brisbois Selects Bottomline's Law Firm Analytics to Assist in Managing Billing Operations

HOME   MAIL   NEWS   FINANCE   SPORTS   ENTERTAINMENT   LIFE   SEARCH   SHOPPING   YAHOO PLUS   Yahoo MOBILE   Daily newsletter

# yahoo/life

Sign in    Mail

Life   Featured   Well-being   Inspiring Stories   Parenting   COVID-19   Style & Beauty   Watch   Food   Horoscopes   Shoppir