Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



John B. Scott
Secretary of State

## Office of the Secretary of State

### CERTIFICATE OF FILING
### OF

Lewis Brisbois Bisgaard & Smith, LLP
File Number: 804584868

The undersigned, as Secretary of State of Texas, hereby certifies that the Registration of a Limited Liability Partnership for the above named entity has been received in this office and has been found to conform to the applicable provisions of law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing filing effective on the date shown below.

Dated: 05/26/2022

Effective: 05/26/2022



John B. Scott
Secretary of State



EXHIBIT
HH