

**Office of the Secretary of State**
**Corporations Section**
**P.O. Box 13697**
**Austin, Texas 78711-3697**
**(Form 503)**

Filed in the Office of the
Secretary of State of Texas
Filing #: 804584868  6/1/2022
Document #: 1152736520003
Image Generated Electronically
for Web Filing

## ASSUMED NAME CERTIFICATE
## FOR FILING WITH THE SECRETARY OF STATE

1. The assumed name under which the business or professional service is or is to be conducted or rendered is:
**Lewis Brisbois Bisgaard & Smith**

2. The name of the entity as stated in its certificate of formation, application for registration, or comparable document is:
**Lewis Brisbois Bisgaard & Smith, LLP**

3. The state, country, or other jurisdiction under the laws of which it was incorporated, organized or associated is **TEXAS**

4. The period, not to exceed 10 years, during which the assumed name will be used is
: **05/31/2032**

5. The entity is a : **Domestic Limited Liability Partnership (LLP)**

6. The entity's principal office address is:
**503 FM 359-130, Suite 116, R, TX, USA 77406-2195**

7. The county or counties where business or professional services are being or are to be conducted or rendered under such assumed name are:
**ALL COUNTIES**

8. The undersigned, if acting in the capacity of an attorney-in-fact of the entity, certifies that the entity has duly authorized the attorney-in-fact in writing to execute this document. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

**Lewis Brisbois Bisgaard & Smith, LLP**
Name of the entity

By: **Brad Beers**

EXHIBIT
II

Signature of officer, general partner, manager,
representative or attorney-in-fact of the entity

**FILING OFFICE COPY**