Summary of Michael Joseph Bitgood (a/k/a Michael Easton)'s Criminal History

12/19/1979    in Miami Florida

1. Battery 784.03

2. Resisting Officer without violence to his person 843.02

05/05/1981    in Harris County, TX

3. Weapon – Possession of Pistol [dismissed 6/10/1981]

01/08/1983    in Harris County, TX

4. 2nd Degree Felony - Possession Gp I CS-LT 28G [deferred adjudication terminated]

09/15/1986    in Harris County, TX

5. Perjury [case quashed 12/05/1986]

01/12/1987    in Harris County, TX

6. Harassing Communication [dismissed 06/19/1987]

03/12/1987    in Harris County, TX

7. Harassing Communication [convicted 07/24/1987]

06/19/1987    in Harris County, TX

8. 2nd Degree Felony – Theft over $20,000 – Crimes against property, fraud offenses [probation revoked 07/22/1999]

    served 2/22/1999 to 5/15/2001 in prison

3/20/1998    in SDTX

9. Felony - 18:152.F Bankruptcy Fraud MAX PENALTY: 5 yrs and/or $250,000(1)

    27 months to serve concurrent with sentence in H-98-171, 3 yrs SRT concurrent to H-98-171 and $7,040.00 in restitution



CLOSED

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CRIMINAL DOCKET FOR CASE #: 4:98-cr-00099-1

Case title: USA v. Easton

Date Filed: 03/20/1998

Date Terminated: 05/07/1999

Assigned to: Judge Lee H Rosenthal

### Defendant (1)

**Michael Easton**
*[BOND: $100,000.00 surety]*
*TERMINATED: 05/07/1999*
*also known as*
Michael Joseph Bitgood

represented by **Douglas Miles Durham**
Law Firm of Douglas Durham
The Williams Tower
2800 Post Oak Blvd. Ste. 4100
Houston, TX 77056
713-256-9162
Fax: 832-649-8522
Email: douglas@douglasdurham.com
*TERMINATED: 03/22/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Federal Public Defender - Houston**
440 Louisiana
Ste 310
Houston, TX 77002
713-718-4600
Fax: 713-718-4610
Email: hou_ecf@fd.org
*TERMINATED: 05/19/1998*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Laine Douglas Lindsey**
Attorney at Law
1221 Studewood
Houston, TX 77008
713-229-9898
Fax: 713-456-2699
Email: lainelindsey@mac.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Designation: Retained

**Philip Harlan Hilder**
Hilder & Associates, P.C.
819 Lovett Blvd
Houston, TX 77006-3905
713-655-9111
Fax: 713-655-9112
Email: philip@hilderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Richard Oscar Ely, II**
Attorney at Law
5090 Richmond Avenue
Suite 539
Houston, TX 77056-5928
United Sta
713-524-3443
Email: roely2@yahoo.com
*TERMINATED: 05/07/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:152.F Bankruptcy Fraud MAX PENALTY: 5 yrs and/or $250,000 (1) | Ct. 1: 27 months to serve concurrent with sentence in H-98-171, 3 yrs SRT concurrent to H-98-171 and $7,040.00 in restitution. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1503.F Obstruction of justice MAX PENALTY: 5 yrs and/or $250,000 (2) | Dismissed on Govt's Motion |
| 18:1623.F Perjury MAX PENALTY: 5 yrs and/or $250,000 (3) | Dismissed on Govt's Motion |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**            represented by    **Cedric LaRue Joubert**
Office of U S Attorney
1000 Louisiana
Ste 2300
Houston, TX 77002
713-567-9719
Fax: 713-718-3304
Email: cedric.joubert@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James L Turner**
US Attorneys Office
1000 Louisiana
Ste 2300
Houston, TX 77002
713-567-9361
Email: jim.turner@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paula C Offenhauser**
US Attorneys Office
1000 Louisiana
Ste 2300
Houston, TX 77002
713-567-9364
Email: paula.offenhauser@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Quincy L Ollison**
Office of U S Attorney
1000 Louisiana
Ste 2300
U.S. Attorney's Office 515 Rus
Houston, TX 77002
713-567-9337
Email: quincy.ollison@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**US Marshal - H**
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Pretrial Svcs - H**
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation - H**

| HCDistrictclerk.com | The State of Texas vs. BITGOOD, MICHAEL JOSEPH (SPN: 00386843) | | 10/6/2022 |
|---|---|---|---|
| | Cause: 061732501010   CDI: 2   Court: 5 | | |

# SUMMARY

## CASE DETAILS

| | |
|---|---|
| Case | 061732501010 - 2 |
| File Date | 5/5/1981 |
| Case (Cause) Status | Dismissed |
| Offense | WEAPON-POSSESSION OF-PISTOL |
| Last Instrument Filed | Misdemeanor Information |
| Case Disposition | Dismissed |
| Case Completion Date | 6/10/1981 |
| Defendant Status | Disposed |
| Bond Amount | $400.00 |
| Next/Last Setting Date | 6/10/1981 |

## DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| Race/Sex | W / M | Height/Weight | 5'09 / 175 LBS |
| Eyes | BRO | Hair | BRO |
| Skin | MED | Build | MED |
| Offense | | DOB | 9/2/1952 | In Custody | N |
| US Citizen | YES | Place Of Birth | NY |
| Address | | | |
| Markings | | | |

## CURRENT PRESIDING JUDGE

| | |
|---|---|
| Court | 5 |
| Address | 1201 Franklin (Floor: 9) Houston, TX 77002 Phone:8329273200 |
| JudgeName | David Fleischer |
| Court Type | Criminal |

| HCDistrictclerk.com | The State of Texas vs. BITGOOD, MICHAEL JOSEPH (SPN: 00386843) | 10/6/2022 |
|---|---|---|
| | Cause: 037170201010   CDI: 3   Court: 262 | |

# SUMMARY

## CASE DETAILS

| | |
|---|---|
| Case | 037170201010 - 3 |
| File Date | 1/8/1983 |
| Case (Cause) Status | Complete |
| Offense | POSS GP I CS- LT 28 G |
| Last Instrument Filed | Felony Indictment |
| Case Disposition | Disposed |
| Case Completion Date | 7/2/1985 |
| Defendant Status | Disposed |
| Bond Amount | $5,000.00 |
| Next/Last Setting Date | 12/14/1984 |

## DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| Race/Sex | W / M | Height/Weight | 5'09 / 175 LBS |
| Eyes | BRO | Hair | BRO |
| Skin | MED | Build | MED |
| DOB | 9/2/1952 | In Custody | N |
| US Citizen | YES | Place Of Birth | NY |
| Address | | | |
| Markings | | | |

## CURRENT PRESIDING JUDGE

| | |
|---|---|
| Court | 262nd |
| Address | 1201 Franklin (Floor: 15)<br>Houston, TX 77002<br>Phone:7137556961 |
| JudgeName | Lori Chambers Gray |
| Court Type | Criminal |

| HCDistrictclerk.com | The State of Texas vs. BITGOOD, MICHAEL JOSEPH (SPN: 00386843) | 10/6/2022 |
|---|---|---|
| | Cause: 093921201010    CDI: 2    Court: 9 | |

# SUMMARY

## CASE DETAILS

| | |
|---|---|
| Case | 093921201010 - 2 |
| File Date | 3/17/1987 |
| Case (Cause) Status | Dismissed |
| Offense | FALSE STATEMENT |
| Last Instrument Filed | Misdemeanor Appeal |
| Case Disposition | Dismissed |
| Case Completion Date | 6/2/1987 |
| Defendant Status | Disposed |
| Bond Amount | $200.00 |
| Next/Last Setting Date | 6/2/1987 |

## DEFENDANT DETAILS

| | | | |
|---|---|---|---|
| Race/Sex | W / M | Height/Weight | 5'09 / 175 LBS |
| Eyes | BRO | Hair | BRO |
| Skin | MED | Build | MED |
| DOB | 9/2/1952 | In Custody | N |
| US Citizen | YES | Place Of Birth | NY |
| Address | | | |
| Markings | | | |

## CURRENT PRESIDING JUDGE

| | |
|---|---|
| Court | 9 |
| Address | 1201 Franklin (Floor: 10)<br>Houston, TX 77002<br>Phone:8329273300 |
| JudgeName | Toria Finch |
| Court Type | Criminal |

        **Address:** 310 MORTON ST
        RICHMOND, TX 77469-3119
        **SSN:** 582-02-XXXX
        **Confidence:** High

**2:**

    **Company Name:** EASTPROLAW
    **Name:** BITGOOD, MICHAEL JOSEPH

    **Title:** CONTACT
    **Address:** 310 MORTON ST
    RICHMOND, TX 77469-3119
    **SSN:** 582-02-XXXX
    **Confidence:** High

**3:**

    **Company Name:** EASTON PRODUCTS
    **Name:** EASTON, MICHAEL J

    **Title:** OWNER MGR
    **SSN:** 582-02-XXXX
    **Confidence:** Medium

**4:**

    **Company Name:** EASTON PROF SERVICES
    **Name:** EASTON, MICHAEL J

    **Title:** OWNER MGR
    **SSN:** 582-02-XXXX
    **Confidence:** Medium

**5:**

    **Company Name:** PRIDE ENTERPRISE
    **Name:** EASTON, MICHAEL J

    **SSN:** 582-02-XXXX
    **Confidence:** Medium

**Criminal Filings - 9 records found**
**1: Texas Court Report**

### Offender information

**Name:** EASTON, MICHAEL JODEPH
**Address:** 2910 GRANTS LAKE BLVD UNIT 1304
SUGAR LAND, TX 77479-1244
FORT BEND COUNTY
**Case Number:** 047815501010
**Case Filing Date:** 06/19/1987
**Case Type:** FELONY SECOND DEGREE
**County:** HARRIS
**DOB:** 09/1952
**SSN:** 582-02-XXXX
**Race:** WHITE
**Sex:** Male

### Offenses
#### Offense #1

**Groups:** CRIMES AGAINST PROPERTY, FRAUD OFFENSES
**Categories:** THEFT
**Case Filing Date:** 06/19/1987
**Court Description:** HARRIS COUNTY
**Case Number:** 047815501010
**Court Offense:** THEFT OVER $20000
**Court Disposition:** NOT GUILTY PLEA - JURY VERDICT
**Court Disposition Date:** 02/20/1990
**Court Level/Degree:** FELONY SECOND DEGREE

Offense #2
Groups: CRIMES AGAINST PROPERTY, FRAUD OFFENSES
Categories: THEFT
Case Filing Date: 06/19/1987
Court Description: HARRIS COUNTY
Case Number: 047815501010
Court Offense: THEFT OVER $20000
Court Disposition: PROBATION REVOKED
Court Disposition Date: 07/22/1999
Court Level/Degree: FELONY SECOND DEGREE

**Court Activity**

[NONE FOUND]

**2: Texas Court Report**

**Offender information**
Name: EASTON, MICHAEL
Address: 2910 GRANTS LAKE BLVD UNIT 1304
SUGAR LAND, TX 77479-1244
FORT BEND COUNTY
Case Number: 093843101010
Case Filing Date: 03/12/1987
Case Type: MISDEMEANOR CLASS B
County: HARRIS
DOB: 09/1952
SSN: 582-02-XXXX
Race: WHITE
Sex: Male

**Offenses**
Groups: CRIMES AGAINST PERSONS
Categories: ASSAULT OTHER
Case Filing Date: 03/12/1987
Court Description: HARRIS COUNTY
Case Number: 093843101010
Court Offense: HARASSING COMMUNICATION
Court Disposition: CONVICTION-NOLO CONTENDERE
Court Disposition Date: 07/24/1987
Court Level/Degree: MISDEMEANOR CLASS B

**Court Activity**

[NONE FOUND]

**3: Texas Court Report**

**Offender information**
Name: EASTON, MICHAEL
Address: 2910 GRANTS LAKE BLVD UNIT 1304
SUGAR LAND, TX 77479-1244
FORT BEND COUNTY
Case Number: 092918301010
Case Filing Date: 01/12/1987
Case Type: MISDEMEANOR CLASS B
County: HARRIS
DOB: 09/1952
SSN: 582-02-XXXX
Race: WHITE
Sex: Male

**Offenses**
Groups: CRIMES AGAINST PERSONS
Categories: ASSAULT OTHER

**Case Filing Date:** 01/12/1987
**Court Description:** HARRIS COUNTY
**Case Number:** 092918301010
**Court Offense:** HARASSING COMMUNICATION
**Court Disposition:** DISMISSED
**Court Disposition Date:** 06/19/1987
**Court Level/Degree:** MISDEMEANOR CLASS B

**Court Activity**

[NONE FOUND]

### 4: Texas Court Report

**Offender information**
**Name:** EASTON, MICHAEL J
**Address:** 2910 GRANTS LAKE BLVD UNIT 1304
SUGAR LAND, TX 77479-1244
FORT BEND COUNTY
**Case Number:** 091214101010
**Case Filing Date:** 09/15/1986
**Case Type:** MISDEMEANOR CLASS A
**County:** HARRIS
**DOB:** 09/1952
**SSN:** 582-02-XXXX
**Race:** WHITE
**Sex:** Male

**Offenses**
**Categories:** OTHER
**Case Filing Date:** 09/15/1986
**Court Description:** HARRIS COUNTY
**Case Number:** 091214101010
**Court Offense:** PERJURY
**Court Disposition:** CASE QUASHED
**Court Disposition Date:** 12/05/1986
**Court Level/Degree:** MISDEMEANOR CLASS A

**Court Activity**

[NONE FOUND]

### 5: Texas Court Report

**Offender information**
**Name:** BITGOOD, MICHAEL JOSEPH
**Address:** 2910 GRANTS LAKE BLVD UNIT 1304
SUGAR LAND, TX 77479-1244
FORT BEND COUNTY
**Case Number:** 037170201010
**Case Filing Date:** 01/08/1983
**Case Type:** FELONY SECOND DEGREE
**County:** HARRIS
**DOB:** 09/1952
**SSN:** 582-02-XXXX
**Race:** WHITE
**Sex:** Male

**Offenses**
Offense #1
**Groups:** DRUG ALCOHOL OFFENSES
**Categories:** DRUG NARCOTIC
**Case Filing Date:** 01/08/1983
**Court Description:** HARRIS COUNTY
**Case Number:** 037170201010

```
         Court Offense: POSS GP I CS- LT 28 G
      Court Disposition: DEFERRED ADJUDICATION GUILT
 Court Disposition Date: 08/17/1983
    Court Level/Degree: FELONY SECOND DEGREE
```

Offense #2
```
               Groups: DRUG ALCOHOL OFFENSES
           Categories: DRUG NARCOTIC
      Case Filing Date: 01/08/1983
     Court Description: HARRIS COUNTY
          Case Number: 037170201010
         Court Offense: POSS GP I CS- LT 28 G
      Court Disposition: DEFERRED ADJUDICATION TERMINATED
 Court Disposition Date: 07/02/1985
    Court Level/Degree: FELONY SECOND DEGREE
```

Court Activity

[NONE FOUND]

**6: Texas Court Report**

Offender information
```
                 Name: BITGOOD, MICHAEL JOSEPH
              Address: 2910 GRANTS LAKE BLVD UNIT 1304
                       SUGAR LAND, TX 77479-1244
                       FORT BEND COUNTY
          Case Number: 061732501010
      Case Filing Date: 05/05/1981
            Case Type: MISDEMEANOR
               County: HARRIS
                  DOB: 09/1952
                  SSN: 582-02-XXXX
                 Race: WHITE
                  Sex: Male
```

Offenses
```
           Categories: WEAPON LAW VIOLATIONS
      Case Filing Date: 05/05/1981
     Court Description: HARRIS COUNTY
          Case Number: 061732501010
         Court Offense: WEAPON-POSSESSION OF-PISTOL
      Court Disposition: DISMISSED
 Court Disposition Date: 06/10/1981
    Court Level/Degree: MISDEMEANOR
```

Court Activity

[NONE FOUND]

**7: Florida Court Report**

Offender information
```
                 Name: BITGOOD, MICHAEL JOSEPH
              Address: 8860 FONTAINEBLEAU BLVD APT 403
                       MIAMI, FL 33172-4464
                       MIAMI-DADE COUNTY
          Case Number: F79021158
      Case Filing Date: 12/19/1979
               County: MIAMI-DADE
                  DOB: 09/1952
                  SSN: 582-02-XXXX
                 Race: WHITE
                  Sex: Male
```

**Offenses**
Offense #1
- **Groups:** CRIMES AGAINST PERSONS
- **Categories:** ASSAULT OTHER
- **Case Filing Date:** 12/19/1979
- **Arrest Date:** 12/19/1979
- **Arresting Agency:** 030
- **Case Number:** F79021158
- **Court Offense:** BATTERY
- **Court Statute:** 784.03
- **Court Disposition:** REDUCED - TRANSFER TO COUNTY COURT Status:CLOSED 19800102
- **Court Disposition Date:** 01/02/1980
- **Court Level/Degree:** MISDEMEANOR CLASS 1

Offense #2
- **Categories:** OBSTRUCT RESIST
- **Case Filing Date:** 12/19/1979
- **Arrest Date:** 12/19/1979
- **Arresting Agency:** 030
- **Case Number:** F79021158
- **Court Offense:** RESISTING OFFICER WITHOUT VIOLENCE TO HIS PERSON
- **Court Statute:** 843.02
- **Court Disposition:** REDUCED - TRANSFER TO COUNTY COURT Status:CLOSED 19800102
- **Court Disposition Date:** 01/02/1980
- **Court Level/Degree:** MISDEMEANOR CLASS 1

**Court Activity**

[NONE FOUND]

**1: Texas Department Of Corrections**

**Offender information**
- **Name:** EASTON, MICHAEL JOSEPH
- **Address:** TX
- **DOC Number:** 00885252
- **Case Number:** 478155
- **Case Type:** Department Of Correction
- **DOB:** 09/1952
- **SSN:** 582-02-XXXX
- **Race:** WHITE
- **Sex:** Male

**Offenses**
Offense #1
- **Categories:** OTHER
- **Case Number:** 478155
- **Case Type:** Department Of Correction
- **Offense Date:** 07/22/1999
- **Offense:** NOT SPECIFIED

Offense #2
- **Groups:** CRIMES AGAINST PROPERTY, FRAUD OFFENSES
- **Categories:** THEFT
- **Case Number:** 478155
- **Case Type:** Department Of Correction
- **Offense Date:** 03/06/1986
- **Sentence Date:** 07/22/1999
- **Sentence:** Sent Start Date: 19990222
- **Offense:** THEFT
- **Sentence:** Sent Start Date: 19990222

## Parole/Probations

[NONE FOUND]

## Prison Inmate Records

**Latest Admission Date:** 02/22/1999
**Scheduled Release Date:** 05/15/2001

**Status:** RELEASE

**1: Texas Department Of Corrections**

### Offender information

**Name:** EASTON, MICHAEL JOSEPH
**Address:** TX
**Case Number:** 478155
**Case Type:** Department Of Correction
**Party Status:** DISCHARGE
**DOB:** 09/1952
**SSN:** 582-02-XXXX
**Race:** WHITE
**Sex:** Male

### Offenses

**Case Number:** 478155
**Case Type:** Department Of Correction
**Offense Date:** 07/22/1999
**Offense:** NOT PROVIDED BY SOURCE

### Parole/Probations

[NONE FOUND]

### Prison Inmate Records

[NONE FOUND]

**Sexual Offenders - 0 records found**
**Cellular & Alternate Phones - 0 records found**
**Utility Information - 0 records found**
**Possible Education - 0 records found**
**Sources - 223 records found**

| | |
|---|---:|
| **All Sources** | 223 Source Document(s) |
| **Criminal** | 9 Source Document(s) |
| **Deed Transfers** | 5 Source Document(s) |
| **Driver Licenses** | 7 Source Document(s) |
| **Email** | 26 Source Document(s) |
| **Fictitious Business Names Records** | 1 Source Document(s) |
| **Historical Person Locator** | 37 Source Document(s) |
| **Motor Vehicle Registrations** | 17 Source Document(s) |
| **Person Locator 1** | 23 Source Document(s) |
| **Person Locator 2** | 14 Source Document(s) |
| **Person Locator 5** | 20 Source Document(s) |
| **Person Locator 6** | 23 Source Document(s) |
| **Professional Licenses** | 3 Source Document(s) |
| **Tax Assessor Records** | 34 Source Document(s) |
| **Voter Registrations** | 4 Source Document(s) |

Key
⚠ High Risk Indicator. These symbols may prompt you to investigate further.
! Moderate Risk Indicator. These symbols may prompt you to investigate further.
🏳 General Information Indicator. These symbols inform you that additional information is provided.
✓ The most recent telephone listing as reported by the EDA source.