**Peter J. Riga**, *Ph. D. J.S.D. J.D. LL. M .St. D .Th. D . Ph. L. [Emeritus 2003]*
*(October 29th 1933-March 29th 2018)*
*"In Loving Memory"*
**Attorney & Counselor at Law**
********************
**MICHAEL JOSEPH BITGOOD**
D/B/A/ "Michael Easton"
Mediator/ International and Domestic Arbitrator [1]
503 FM 359-130, Suite 216, Richmond, Texas, 77406-2195

(281) 415-8655 (Direct)          EastProLaw@msn.com

_____

October 6th 2022

The Honorable Keith P. Ellison
United States District Judge
515 Rusk Street,
Houston, Texas 77002
c/o Arturo_Rivera@txs.uscourts.gov

## In re:4:22-cv-03279, Lewis Brisbois, *et al* v Bitgood, *et al*, In the United States District Court, Southern District of Texas

Dear Judge Ellison:

I enclose the paperwork filed on even date with the Texas Secretary of State which resolves the grievances as set forth by Plaintiff, pro-se. We do this because it is obvious from the Court's gentle reasoning and thoughts as expressed by His Honor on the record, that this is the " right thing to do"! If Plaintiff pro-se wants to continue this fight, then we cannot control that. However, not one of your words, NOT ONE WORD you spoke today escaped me, and as such, and out of fear and respect for the Court, not the Plaintiff pro-se; WE YIELD to the Court.

Thank you again for the way you handled the matter, and thank you to your staff for tending to my special needs based on disability.

Respectfully Submitted
/s/ Michael Joseph Bitgood
a/k/a/ Michael Easton

---

[1] A.A. White Dispute Resolution Institute- University of Houston School of Law.

1

# *SUSAN C. NORMAN*
## **Attorney and Counselor at Law - Certified Mediator**
P.O. Box 55585
Houston, Texas 77255-5585
SueNorman@SueNormanLaw.com

**713-882-2066 Voice**                                **281-402-3682 Telefax**

October 6, 2022

John B. Scott
Texas Secretary of State
P.O. Box 12887
Austin, TX 78711-2887

    Re:    Dissolution of Texas Domestic Limited Liability Partnership
           File No.:    804584868
           Name:     Lewis Brisbois Bisgaard & Smith, LLP (Domestic)
           Filed Date: May 26, 2022

Dear Mr. Scott,

      The partners to the limited liability partnership referenced above have this date agreed to dissolve the partnership and have ceased operations.

      To the extent there is any question of confusion of the name of the Texas Domestic Limited Liability Partnership, file number 804584868, with the California Foreign Limited Liability Partnership, file number 804590542, the dissolution of the Texas LLP which will be formally filed is intended to avert any name confusion with the California Foreign LLP.

Very truly yours,

*/s/ Susan C. Norman*
Susan C. Norman

# NOTICE OF AGREEMENT WINDING UP AND TERMINATING LIMITED PARTNERSHIP

Michael Joseph Bitgood, and Susan Norman, Limited Partners, agree as follows:

## ARTICLE 1.  RECITALS
### Partnership

1.01. Michael Joseph Bitgood, a/k/a Michael Easton, residing at 510 Little River Court, Richmond, Texas 77406, and Susan C. Norman, residing at 5826 Green Falls Dr., Houston, Texas 77088, briefly participated in a limited liability partnership for purposes of offering mediation and arbitration services under the firm name of Lewis Brisbois Bisgaard & Smith, LLP, at 503 F.M. 359-130, Suite 216, Richmond, Texas, 77406-2195.

### Partnership Agreement

1.02. The parties entered into oral Partnership agreement and have continued in Partnership under the provisions of an oral agreement.

### Desire to Terminate Partnership

1.03. The parties now want to terminate their Partnership and wind up its affairs.

## ARTICLE 2.  CESSATION OF PARTNERSHIP BUSINESS
### Effective Date

2.01. The parties have ceased the operation of their regular Partnership

business effective at the close of business on October 6, 2022, and will thereafter promptly liquidate and wind up the affairs of the Partnership. Except for the purpose of carrying out the winding up and liquidation of the business of the Partnership, none of the parties will transact any further business or incur any further obligations on behalf of the Partnership after the date of this Agreement.

## Notice of Winding Up

2.02. No notice of winding up is necessary because no business has been conducted by the limited liability partnership during its duration.

## ARTICLE 3. WINDING UP
## Accounting

3.01. There having been no mediation or arbitration or other business conducted since the initiation of the limited liability partnership to the effective date of its dissolution and termination and consequently there is no accounting to be made.

## Disclosure

3.02. Each party represents and warrants that he or she has not conducted any mediation or arbitration business during the duration of the limited liability partnership.

## Settling Accounts

3.03. There are no accounts to be settled. There is no thing of value which has been contributed by either partner to the limited liability partnership.

## Inspection of Books and Records

3.04. There are no books or records of the limited liability partnership, because no mediation or arbitration business has been conducted by the partnership since its formation, May 26, 2022.

Executed on October 6, 2022.

FIRST GENERAL LIMITED PARTNER

  /s/ Michael Joseph Bitgood
a/k/a Michael Easton

SECOND GENERAL LIMITED PARTNER

  /s/ Susan C. Norman
Susan C. Norman