**EXHIBIT A**

Skip to Main Content  Logout  My Account  Search Menu  New Civil Search  Refine Search  Back                Location : Fort Bend  Help

# REGISTER OF ACTIONS
### CASE NO. 22-CCV-070378

| | | |
|---|---|---|
| **Richard P Jones & Michael Joseph Bitgood A/K/A Michael Easton vs Marianna Sullivan, Imperial Lofts LLC, and Karina Martinez** § § § § § | Case Type: | **Other Civil** |
| | Date Filed: | **01/07/2022** |
| | Location: | **County Court at Law 3** |

---

#### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant or Respondent** | **Imperial Lofts LLC**<br>Houston, TX 77056 | **David A. Oubre**<br>*Retained*<br>713-659-6767(W) |
| **Defendant or Respondent** | **Imperial Lofts Owner, LLC**<br>Leawood, KS 66206 | |
| **Defendant or Respondent** | **Lewis Brisbois Bisgaard & Smith, LLP, a California Foreign Entity**<br>Los Angeles, CA 90071 | |
| **Defendant or Respondent** | **Martinez, Karina**<br>Houston, TX 77056 | **David A. Oubre**<br>*Retained*<br>713-659-6767(W) |
| **Defendant or Respondent** | **Ogbureke, Chinasa**<br>Houston, TX 77046 | |
| **Defendant or Respondent** | **Oubre, David**<br>Houston, TX 77046 | |
| **Defendant or Respondent** | **Sullivan, Marianna**<br>Houston, TX 77056 | **David A. Oubre**<br>*Retained*<br>713-659-6767(W) |
| **Plaintiff or Petitioner** | **Bitgood, Michael Joseph**<br>Richmond, TX 77406 | |
| **Plaintiff or Petitioner** | **Easton, Michael** | |
| **Plaintiff or Petitioner** | **Jones, Richard P** | **Susan Cecilia Norman**<br>*Retained*<br>713-882-2066(W) |
| **Plaintiff or Petitioner** | **Lewis Brisbois Bisgaard & Smith, LLP, a Texas Domestic Partnership**<br>Houston, TX 77255 | **Susan Cecilia Norman**<br>*Retained*<br>713-882-2066(W) |

---

#### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

01/07/2022 **Docket Sheet**
    qc/dl/jg/jg/lb/pll/JH
01/07/2022 **Petition**
    Plaintiff's Original Petition
01/07/2022 **Petition**
    Plaintiffs' Amended Petition (STC 01/10/2022 SM)
01/07/2022 **Jury Demand**
    PG. 8
01/10/2022 **Motion (No Fee)**
    Motion to Disqualify Hoover Slovacek LLP
01/10/2022 **Request**
    Request for preservation of electronic evidence
01/12/2022 **Citation**
    Imperial Lofts qc/dl

**EXHIBIT A**

| Date | Type | Description | Status |
|---|---|---|---|
| 01/12/2022 | Citation | Imperial Lofts LLC | Unserved |
| 01/12/2022 | Citation | Karina Martinez qc/dl | |
| 01/12/2022 | Citation | Martinez, Karina | Unserved |
| 01/12/2022 | Citation | Marianna Sullivan qc/dl | |
| 01/12/2022 | Citation | Sullivan, Marianna | Unserved |
| 01/13/2022 | Filing | Service of Citation on agents/lawyers as requested | |
| 02/22/2022 | Notice | Notice to the Court of "logjam" in lower court | |
| 03/02/2022 | Letters | NOTICE OF OVERDUE ANSWER TO DEFENDANT'S COUNSEL PRE-DEFAULT | |
| 03/08/2022 | Application | Application for entry of default judgment against Imperial Lofts LLC & Severance of Martinez and Sullivan | |
| 03/08/2022 | Notice of Hearing | | |
| 03/11/2022 | Answer/Response | Defendants' Original Answer and Jury Demand (STC 3/14/2022 MM) | |
| 03/14/2022 | Notice | Notice of Passing Hearing | |
| 03/14/2022 | Filing | LETTER TO INCOMING LAWYERS, IN RE: AFFIRMATIVE DEFENSES | |
| 03/21/2022 | Notice | NOTICE OF SERVICE OF WRITTEN DISCOVERY | |
| 03/21/2022 | Motion on Judgment | Defendants' No-Evidence Motion for Summary Judgment (STC 3/23/22 cmc) | |
| 03/21/2022 | Proposed Order | Proposed Order (STC 3/23/22 cmc) | |
| 03/22/2022 | Motion (No Fee) | MOTION FOR SANCTIONS (CARRIED WITH THE CASE) | |
| 03/23/2022 | Filing | REQUEST TO COUNSEL TO CONFER ON A POTENTIALLY CONTESTED ISSUE | |
| 03/23/2022 | Notice of Hearing | Notice of Oral Hearing | |
| 03/24/2022 | Motion (No Fee) | Motion to Disqualify Lewis Brisbois Bisgaard & Smith LLP, and David A. Oubre | |
| 03/24/2022 | Motion on Judgment | Defendants' First Amended No-Evidence Motion for Summary Judgment | |
| 03/24/2022 | Proposed Order | Order on First Amended No-Evidence MSJ (stc 03/25/22 mr) | |
| 03/24/2022 | Notice of Hearing | Notice of Oral Hearing | |
| 03/24/2022 | Letters | LETTER TO COUNSEL, IN RE: VIOLATIONS OF DR'S AND CONFLICTS | |
| 03/24/2022 | Notice of Hearing | Notice of Oral Hearing | |
| 04/11/2022 | Request | Request for judicial notice pursuant to Rule 201 TRE | |
| 04/11/2022 | Subpoena - Civil/Family/Probate | NOTICE OF SIGNED STIPULATION BY MARIANA SULLIVAN IN RE SUBPOENA DUCES TECUM | |
| 04/11/2022 | Subpoena - Civil/Family/Probate | NOTICE OF SIGNED STIPULATION BY KARINA MARTINEZ IN RE SUBPOENA DUCES TECUM | |
| 04/11/2022 | Request | Request for Court Reporter to Make a Record | |
| 04/13/2022 | Notice | NOTICE OF PLAINTIFF'S DISCLOSURES TO DEFENDANTS | |
| 04/14/2022 | Notice | NOTICE OF FILING OF AMENDED DISCLOSURES/IN RE:BRICE BEALE, IMPERIAL LOFTS | |
| 04/18/2022 | Request | REQUEST FOR JUDICIAL NOTICE OF PARALLEL PROCEEDINGS IN COURT # 4 | |
| 04/19/2022 | Notice | NOTICE OF CONSTABLE'S SERVICE & RETURN ON DANIEL SWIFT EDMUNDS | |
| 04/21/2022 | Subpoena - Civil/Family/Probate | Notice of Unsigned Stipulation by Daniel Edmunds in Re Subpoena qc/rc/JH | |
| 04/22/2022 | Answer/Response | Objections to, response to and motion for a continunace to Defendant's no evidence motion for summary judgment (stc 4.27.22 jg) | |
| 04/25/2022 | Motion (No Fee) | Defendants Motion to Quash Subpoena Served to Mr. Daniel Edmunds and Motion for Entry of Protective Order | |
| 04/25/2022 | Proposed Order | (stc 4/26/22 vp)(stw 5/3/2022 nc) | |
| 04/25/2022 | Motion (No Fee) | Defendant Karina Martinez's Motion to Quash and Motion for Entry of Protective Order | |
| 04/25/2022 | Proposed Order | (stc 4/26/22 vp) (stw 5/3/2022 nc) | |
| 04/25/2022 | Motion (No Fee) | Defendant Marianna Sullivan's Motion to Quash and Motion for Entry of Protective Order | |
| 04/25/2022 | Proposed Order | (stc 4/26/22 vp)(stw 5/3/2022 nc) | |
| 04/25/2022 | Answer/Response | Defendants' Response In Opposition to Plaintiffs' Request for Judicial Notice | |
| 04/25/2022 | Proposed Order | stc 4/26/2022 nc | |

**Exhibit B, 10-16-2022**
**Page 2 of 6**

**EXHIBIT A**

| Date | Type | Description |
|---|---|---|
| 04/25/2022 | Answer/Response | Defendants' Response to Plaintiffs' Request for Judicial Notice |
| 04/25/2022 | Proposed Order | Order denying Plaintiff's request for judicial notice(STc 04/26/2022 nc) |
| 04/25/2022 | Answer/Response | Defendants' Response to Plaintiffs' Motion for Sanctions Against Defendants and David A. Oubre |
| 04/25/2022 | Proposed Order | stc 4/25/2022 nc(stw 5/3/2022 nc) |
| 04/25/2022 | Notice | Notice of Judicial Confession by Imperial Lofts |
| 04/26/2022 | Proposed Order | WARRANT/ATTACHMENT FOR KARINA MARTINEZ(stc 4/26/2022 nc) |
| 04/26/2022 | Proposed Order | Warrant/Attachment for Madam Sullivan(stc 4/26/2022 nc) |
| 04/26/2022 | Proposed Order | WARRANT/ATTACHMENT FOR DANIEL EDMUNDS(stc 4/26/2022 nc) |
| 04/26/2022 | Notice | NUNC-PRO-TUNC-NOTICE OF JUDICIAL CONFESSION |
| 04/26/2022 | Notice | NOTICE OF INTENT TO SEEK WRITS OF ATTACHMENT |
| 04/26/2022 | Notice | NOTICE OF POSSIBLE SETTLEMENT OF ALL CLAIMS AND CASES |
| 04/28/2022 | Transfer Court to Court | QC/cmc/JH |
| 04/29/2022 | Petition (No OCA) | Plaintiff 2nd amended (stw 5/2/2022 nc) |
| 05/03/2022 | CANCELED  M/Summary Judgment  (1:30 PM) (Judicial Officer McMeans, Jeffrey) | Passed<br>Motion for Sanctions under Rule 13 amd Chapter 10. |
| 05/13/2022 | Notice (Service) | NOTICE TO OPPOSING COUNSEL UNDER TRD 3.08 (A) AND REBUTTAL TO TEX. P. CODE 42.07 |
| 05/16/2022 | Motion (No Fee) | MOTION TO SHOW AUTHORITY UNDER RULE 12 |
| 05/18/2022 | Filing | REQUEST TO OUBRE TO COMPLY WITH RULE 12 |
| 05/20/2022 | Answer/Response | Objections to request for admissions (STW 05/24/2022 SM) |
| 05/20/2022 | Objection - Civil | (stw 05/23/2022 pll) |
| 06/09/2022 | Answer/Response | RESPONSE TO JUNE 3 EMAIL REQUESTING PRODUCTION FROM CHINASA OGBUREKE, Esq. WHILE RULE 12 IS PENDING |
| 06/14/2022 | Answer/Response | Defendants' Response to Plaintiffs' Motion to Show Authority w/ Exhibits and Proposed Order |
| 06/15/2022 | Proposed Order | (06/15/2022 nc) |
| 06/15/2022 | Petition | PLAINTIFF'S 3RD AMENDED PETITION for DECLARATORY AND INJUNCTIVE RELIEF. |
| 06/21/2022 | Answer/Response | Plaintiff's Amended Reply to the Defendant's Response to the Motion to Show Authority |
| 06/21/2022 | Answer/Response | Plaintiffs REPLY TO DEFENDANT'S RESPONSE TO The MOTION TO SHOW AUTHORITY |
| 06/22/2022 | Request | REQUEST FOR CITATIONS FOR DAVID OUBRE, AND CHINASA OGBUREKE--EXPEDITED |
| 06/23/2022 | Application | Application for Entry of Partial Default & Severance |
| 06/23/2022 | Jury Demand | (stw 06/24/2022 rc) |
| 06/24/2022 | Jury Fee Paid | |
| 06/24/2022 | Motion (No Fee) | MOTION TO STRIKE JP COURT JURY DEMAND AND REQUEST FOR JUDICIAL NOTICE OF A VOLUNTARY APPERANCE |
| 06/24/2022 | Petition (No OCA) | PLAINTIFF'S FOURTH AMENDED PETITION JOINING IMPERIAL LOFTS OWNER LLC, AND LEWIS, BRISBOIS, BISGAARD & SMITH LLP, ( A CALIFORNIA FOREIGN ENTITY) |
| 06/24/2022 | Request | |
| 06/27/2022 | Citation | |
| 06/27/2022 | Citation | Imperial Lofts Owner, LLC                                Unserved |
| 06/27/2022 | Proposed Order | ORDER (stw 06/28/22 pc) |
| 06/30/2022 | Citation | David Oubre |
| 06/30/2022 | Citation | Oubre, David                                             Unserved |
| 06/30/2022 | Citation | Chinasa Ogrureke |
| 06/30/2022 | Citation | Ogbureke, Chinasa                                        Unserved |
| 07/01/2022 | Citation | Imperial Lofts |
| 07/01/2022 | Citation | Imperial Lofts Owner, LLC                                Served          07/18/2022 |
| 07/01/2022 | Filing | REQUEST TO COUNSEL |
| 07/08/2022 | Answer/Response | Defendants' Amended Response to Plaintiffs' Motion to Show Authority and Exhibits A-F |

**Exhibit B, 10-16-2022**
**Page 3 of 6**

| Date | Entry | Description |
|---|---|---|
| 07/08/2022 | Proposed Order | Proposed Order - Defendants' Amended Response to Plaintiffs' Motion to Show Authority(stw 7/14/2022 nc) |
| 07/11/2022 | Answer/Response | Reply to Defendant's "amended" response to Plaintiff's Motion to show authority. |
| 07/11/2022 | Answer/Response | ON MOTIONS |
| 07/11/2022 | Motion (No Fee) | MOTION TO STRIKE THE "AFFIDAVITS" OF LARSON, SULLIVAN, AND MARTINEZ |
| 07/12/2022 | Motion (No Fee) | REPLY TO DEFENDANT'S SECOND TIME FILING TO PLAINTIFF'S RULE 12 MOTION |
| 07/12/2022 | Motion (No Fee) | Plaintiff's Reply to Defendants Amended + Amended Response to the Motion to Show Authority |
| 07/13/2022 | Motion (No Fee) | Defendants Motion to Compel Plaintiff's Discovery Responses |
| 07/13/2022 | Proposed Order | P.O Defendants Motion to Compel Plaintiff's Discovery Responses |
| 07/13/2022 | Motion (No Fee) | Defendants Motion to Compel Plaintiff, Bitgood's Deposition |
| 07/13/2022 | Proposed Order | Proposed Order Motion to Compel Plaintiff, Bitgood's Deposition |
| 07/13/2022 | Motion (No Fee) | Defendants,Motion to compel Bitgood to Cease Communications |
| 07/13/2022 | Proposed Order | Motion to Compel Plaintiff Bitgood to Cease Communications |
| 07/13/2022 | Motion (No Fee) | Motion for Entry of Docket Control Order |
| 07/13/2022 | Proposed Order | Proposed Order Granting Entry of DCO |
| 07/18/2022 | Request | REQUEST FOR ADA ACCOMODATION UNDER FEDERAL LAW |
| 07/18/2022 | Notice | Notice of Oral Hearing |
| 07/19/2022 | Motion for Dismissal | Motion to Dismiss (Chapter 27) |
| 07/20/2022 | Proposed Order | Order (Proposed - granting Chapter 27 Motion to Dismiss) (stw 07/21/2022 rc) |
| 07/20/2022 | Motion (No Fee) | Amended Motion to Compel Plaintiff, Michael Bitgood to Cease Communications |
| 07/21/2022 | Answer/Response | Defendants' Second Amended Response to Plaintiffs' Motion to Show Authority |
| 07/21/2022 | Proposed Order | Proposed Order on Defendants' Second Amended Response to Plaintiffs' Motion to Show Authority (stw 07/22/22 pc) |
| 07/22/2022 | Answer/Response | PLAINTIFF'S REPLY TO DEFENDANT'S SECOND AMENDED RESPONSE TO THE MOTION TO SHOW AUTHORITY. |
| 07/25/2022 | Request | REQUEST FOR COURT REPORTER IN ALL PROCEEDINGS BEFORE THE ASSOCIATE JUDGES AND RENEWED REQUEST FOR ADA ACCOMODATION UNDER TITLE 42 |
| 07/26/2022 | Letters | REFLING OF LETTER TO COURT COORDINATOR, IN RE PENDING MOTIONS, AND ADA REQUEST (stac 07/29/2022 rc) |
| 07/27/2022 | Letters | NOTICE OF SETTING AND AGREEMENT ON PENDING MOTIONS |
| 08/16/2022 | Answer/Response | LETTER PLEADING RESPONDING TO ALL DEFENSE MOTIONS, AND 4TH REQUEST FOR AN ADA ACCOMODATION. (STW 8/17/2022 MM) |
| 08/17/2022 | Filing | Time Line and Chronology |
| 08/17/2022 | Dismissed by Plaintiff/Non-Suit/Non-Final | CHINASA OGUBUREKE |
| 08/18/2022 | Request | JUDICIAL NOTICE OF THE REPREHENSIBLE CONDUCT OF DAVID OUBRE AND BRICE BEALE (stw 08/23/22 pc) |
| 08/22/2022 | Order | signed 8/19/22 qc/vp/JH |
| 08/22/2022 | Filing | First Supplement to Motion to DQ w Ex A |
| 08/22/2022 | Officers Return | RETURN OF SERVICE ON IMPERIAL LOFTS OWNER LLC |
| 08/22/2022 | Notice | ORDER ASSIGNING JUDGE LEWIS WHITE TO THE ENTIRE CASE |
| 08/22/2022 | Notice | NOTICE OF TIME CHANGE OF HEARING |
| 08/23/2022 | Notice | NOTICE OF INTENT TO ENFORCE RULE 11 AGREEMENT |
| 08/29/2022 | Answer/Response | Defendant's Response to Plaintiff, Michael Joseph Bitgood's Motion to Dismiss (STAC 8/30/2022 MM) |
| 08/29/2022 | Proposed Order | Order (STAC 8/30/2022 MM) |
| 08/29/2022 | Answer/Response | Original Answer to Plaintiffs' Fourth Amended Petition (STAC 8/30/2022 MM) |
| 08/30/2022 | CANCELED   M/Compel   (9:00 AM) (Judicial Officer White, Lewis) | Other |
| 08/30/2022 | Other Hearing  (1:30 PM) (Judicial Officer White, Lewis) | |
| 08/30/2022 | Exhibit | Bitgood Exhibit 2 |
| 08/30/2022 | Proposed Order | Order (proposed on Bitgood's Chapter 27 motion) (STAC 8/30/2022 MM) |

EXHIBIT A

| Date | Type | Description |
|---|---|---|
| 08/30/2022 | Notice of Appeal | NOTICE OF APPEAL PURSUANT TO 51.014 (12) |
| 08/31/2022 | Notice | NOTICE WITHDRAWING NOTICE OF APPEAL QC JH |
| 08/31/2022 | Filing | Email from Michael Easton withdrawing Notice of Appeal qc/sm/JH |
| 08/31/2022 | Filing | Email from Michael Easton qc/sm/JH |
| 08/31/2022 | Filing | Email from Michael Easton qc/sm/JH |
| 09/06/2022 | Answer/Response | Defendants' Supplemental Response to Plaintiff, Michael Bitgood's Motion to Dismiss (STW 9/7/2022 MM) |
| 09/06/2022 | Proposed Order | Order (STW 9/7/2022 MM) |
| 09/06/2022 | Proposed Order | (STW 9/7/2022 MM) |
| 09/07/2022 | Answer/Response | Defendants' First Amended Original swer and Jury Demand (STW 9/9/2022 MM) |
| 09/07/2022 | Answer/Response | Def. 2nd Suppl. Resp. to Plaint. Mtn to Show Authority, Mtn. to Disqualify LBBS, and Mtn. to Strike (STW 9/9/2022 MM) |
| 09/07/2022 | Proposed Order | Order (STW 9/9/2022 MM) |
| 09/08/2022 | Answer/Response | Third Supplemental Response (STW 9/9/2022 MM) |
| 09/08/2022 | Report | STATUS REPORT FOR 9/13/2022/ |
| 09/12/2022 | Answer/Response | Answer/Response (stw 09/13/22 pc) |
| 09/12/2022 | Exhibit | Bitgood Exhibit 2-A (STC 9/13/2022 MM) |
| 09/12/2022 | Proposed Order | Order (Proposed - Chapter 27 Motion) (STC 9/13/2022 MM) |
| 09/13/2022 | Bench Trial | (1:30 PM) (Judicial Officer White, Lewis) RULE 12, SLAP MTN, COMPELL COMMUNICATION AND DOCKET CONTROL ORDER |
| 09/13/2022 | Order | Signed 9/13/2022 QC JH |
| 09/13/2022 | Order | Taking Judicial Notice - Signed 9/13/2022 QC JH |
| 09/14/2022 | Proposed Order | Order (Proposed on Chapter 27 motion) (stw 9/15/2022 mem) |
| 09/16/2022 | Notice | JUDICIAL NOTICE OF JANA LUBERT'S THREATS TO THE SOVERIGNTY OF THE TEXAS COURTS |
| 09/19/2022 | Judge Docket Entry | Rule 12 motion Granted LW |
| 09/19/2022 | Request | REQUEST FOR COMPLIANCE WITH THE TEXAS RULES OF PROCEDURE, DISCOVERY, DISCIPLINE, ETHICS, AND DECENCY (stw 9/21/2022 mvc) |
| 09/19/2022 | Petition (No OCA) | PTF'S SUPPLEMENT TO THE 4TH AMENDED PETITION (FILED JUNE 24TH 2022) |
| 09/20/2022 | Appearance | David A. Oubre and Lewis Brisbois's Special Appearance for Appeal to Referring Court (incl. Exs. 1-3) |
| 09/20/2022 | Notice | Nominal Defendants' Appeal of Associate Judge's Decision |
| 09/21/2022 | Notice of Appeal | NOTICE OF APPEAL UNDER CPRC 54.01 (B) (12) |
| 09/21/2022 | Answer/Response | Defendants Answer to Fourth Amended Petition (stw 09/21/2022 mr) |
| 09/22/2022 | Notice of Appeal | AMENDED NOTICE OF APPEAL AND DESIGNATION OF RECORD PURSUANT TO CPRC 51.014 (b) (12) |
| 09/22/2022 | Motion (No Fee) | "SOFT" OBJECTIONS/MOTION TO STRIKE THE DEFENDANT'S "ORIGINAL" ANSWER |
| 09/26/2022 | Notice to Court of Appeals | |
| 09/26/2022 | Appeal Electronic Confirmation | QC/SG |
| 09/26/2022 | Answer/Response | RESPONSE TO BELATED SPECIAL APPERANCE (stw 09/27/22 mr) |
| 09/26/2022 | Answer/Response | RESPONSE TO DEFECTIVE AND UNCURABLE NOTICE OF APPEAL TO THE REFERRING COURT (stw 09/27/22 mr) |
| 09/26/2022 | Answer/Response | RESPONSE TO FRIVOLOUS APPEAL TO THE REFERRING COURT/INVITED ERROR DOCTRINE (stw 09/27/22 mr) |
| 09/26/2022 | Proposed Order | Order Affirming Associate Judge (stw 9/27/2022 mem) |
| 09/27/2022 | Letter from Clerk | Designation Letter |
| 09/27/2022 | Notice | Notice of Overdue Findings and Conclusions |
| 09/27/2022 | Findings of Fact and Conclusions of Law | Signed 9/27/2022 QC/MM/JH |
| 10/03/2022 | Request | REQUEST FOR A SUPPLEMENTAL CLERK'S RECORD |
| 10/03/2022 | Letters | From court of appeals QC JH |
| 10/04/2022 | Notice | Nominal Defendants' Appeal of Associate Judge's Decision of September 27, 2022 |

Exhibit B, 10-16-2022
Page 5 of 6

**EXHIBIT A**

| | | | | |
|---|---|---|---|---|
| 10/06/2022 | **CounterClaim/CrossAction/Interpleader/Intervention/ThirdParty** | | | |
| | *Nominal Defendants David Oubre and Lewis Brisbois Bisgaard & Smith, LLP's Original Counterclaim* | | | |
| 10/10/2022 | **Notice** | | | |
| | *NOTICE OF LACK OF STANDING BASED ON MOOTNESS BY LAWYERS CALLING THEMSELVES "NOMINAL DEFENDANTS"!* | | | |
| 10/11/2022 | **Notice** | | | |
| 11/29/2022 | **M/Hearing** (11:00 AM) (Judicial Officer Mathew, Juli A.) | | | |
| | *Nominal Defendants Appeal of the Associate Judge s Decision* | | | |

---

**FINANCIAL INFORMATION**

| | **Attorney** Oubre, David A. | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | 5.00 |
| | Total Payments and Credits | | | 5.00 |
| | **Balance Due as of 10/16/2022** | | | **0.00** |
| 06/24/2022 | Transaction Assessment | | | 5.00 |
| 06/24/2022 | Mail Payment | Receipt # 2022-08601-CCLK | Oubre, David A. | (5.00) |

| | **Defendant or Respondent** Imperial Lofts Owner, LLC | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | 5.00 |
| | Total Payments and Credits | | | 5.00 |
| | **Balance Due as of 10/16/2022** | | | **0.00** |
| 08/30/2022 | Transaction Assessment | | | 5.00 |
| 08/30/2022 | E-filing | Receipt # 2022-11985-CCLK | Imperial Lofts Owner, LLC | (5.00) |

| | **Defendant or Respondent** Lewis Brisbois Bisgaard & Smith, LLP, a California Foreign Entity | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | 80.00 |
| | Total Payments and Credits | | | 80.00 |
| | **Balance Due as of 10/16/2022** | | | **0.00** |
| 10/10/2022 | Transaction Assessment | | | 80.00 |
| 10/10/2022 | E-filing | Receipt # 2022-14088-CCLK | Lewis Brisbois Bisgaard & Smith, LLP, a California Foreign Entity | (35.00) |
| 10/10/2022 | State Credit | | | (45.00) |

| | **Plaintiff or Petitioner** Easton, Michael | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | 8.00 |
| | Total Payments and Credits | | | 8.00 |
| | **Balance Due as of 10/16/2022** | | | **0.00** |
| 06/27/2022 | Transaction Assessment | | | 8.00 |
| 06/27/2022 | E-filing | Receipt # 2022-08674-CCLK | Easton, Michael | (8.00) |

| | **Plaintiff or Petitioner** Jones, Richard P | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | 390.00 |
| | Total Payments and Credits | | | 390.00 |
| | **Balance Due as of 10/16/2022** | | | **0.00** |
| 01/07/2022 | Transaction Assessment | | | 374.00 |
| 01/07/2022 | E-filing | Receipt # 2022-00322-CCLK | Jones, Richard P | (237.00) |
| 01/07/2022 | State Credit | | | (137.00) |
| 06/23/2022 | Transaction Assessment | | | 16.00 |
| 06/23/2022 | E-filing | Receipt # 2022-08488-CCLK | Jones, Richard P | (16.00) |

Exhibit B, 10-16-2022
Page 6 of 6