NO. 22-CCV-070378

| | |
|---|---|
| RICHARD P. JONES, <br> MICHAEL JOSEPH BITGOOD <br> A/K/A/ "Michael Easton", and <br> LEWIS, BRISBOIS, BISGAARD & <br> SMITH LLP, a Texas Domestic LLP <br> *Plaintiffs* | IN THE COUNTY COURT |
| VS. | AT LAW NO. THREE (3) OF |
| KARINA MARTINEZ, <br> MARIANNA SULLIVAN, <br> IMPERIAL LOFTS, LLC <br> DAVID OUBRE <br> CHINASA OGBUREKE & <br> LEWIS, BRISBOIS, BISGAARD & <br> SMITH LLP, a California Foreign LLP <br> *Defendants* | FORT BEND COUNTY, TEXAS |

# ORDER

At Richmond, Texas, in Fort Bend County, was heard the Plaintiffs' motion to show authority pursuant to Rule 12 T.R.C.P. The Plaintiffs' objections to the "affidavits" of Larson, Martinez, and Sullivan, are **SUSTAINED**.

The motion to show authority is **GRANTED**, David Oubre is removed as counsel in this case for Imperial Lofts LLC, Imperial Lofts Owner LLC, Madam Marianna Sullivan, and Karina Martinez. Mr. Oubre may continue to appear pro se at this time.

Page -1-

The Court **STRIKES** the pleadings of Imperial Lofts LLC, Imperial Lofts Owner LLC, Karina Martinez, and Madam Marianna Sullivan, and enters ~~a default as prayed for on June 23rd 2022~~ LW. The Court will conduct a hearing on damages on the 10TH day of NOVEMBER 2022, at 1:30 P.M. Counsel will file her affidavit on her reasonable and necessary attorney's fees for the Court's consideration. Upon entry of judgement against Madam Mariana Sullivan, Imperial Lofts LLC, Imperial Lofts Owner LLC, and Karina Martinez, the Plaintiffs may re-urge a severance.

The Court takes judicial notice of the contents of the Court's file, and takes judicial notice of the voluntary appearance of defendants, Oubre and LEWIS, BRISBOIS, BISGAARD & SMITH LLP, a California foreign LLP, on July 8th, 2022.

Entered by the Court on this 13th day of September, 2022, at Richmond, Fort Bend County, Texas.

_____
Judge Presiding

FILED FOR RECORD
NO_____ TIME 3:20 P.M.
SEP 13 2022 mm
County Clerk Fort Bend Co., Texas

Page -2-

CAUSE NO. 22-CCV-070378

| | | |
|---|---|---|
| RICHARD JONES ET AL. | § § | COUNTY COURT AT LAW |
| VS. | § § | NO. 3 OF |
| KARINA MARTINEZ ET AL. | § | FORT BEND COUNTY, TEXAS |

# ORDER TAKING JUDICIAL NOTICE

Pursuant to *Tex. R. Evid. 201,* and at the request of a party, the Court takes judicial notice of the following:

1. The contents of the Court's file;
2. Chapter 27 of the Tex. Civ. Prac & Remedies code in effect in 2022;
3. Texas Penal Code 42.07;
4. Texas Penal Code 37.10;
5. Texas Business and Commerce Code Sec. 71.202;.
6. Texas Business and Commerce Code Sec. 71.201;
7. Texas Business and Commerce Code Sec. 71.203;
8. *Texas Penal Code* Sec. 37.02;
9. Texas Penal Code Sec. 36.08;
10. Texas Penal Code Sec. 15.02;
11. Texas Penal Code Sec. 39.03;
12. Texas Penal Code Sec. 39.06;
13. The State Bar's Texas Rules of Professional Conduct;
14. Rule 13, of the Texas Rules of Civil Procedure;
15. Chapter 10, of the Texas Civil Practice & Remedies Code;
16. Chapter 11, of the Texas Civil Practice & Remedies Code;

17. The Texas Rules of Evidence;
18. The docket in Imperial Lofts v. Richard Jones, No. 21-JEV41-11379;
19. 15 U.S.C. 116 -(THE CARES ACT);
20. The Tex. R. Civ. Proc. Rule 11 agreement dated April 26th 2022, between the parties and on file with this Court; and,
21. Texas Penal Code 7.02.

Signed this __13__ day of __September__ 2022, at Richmond, Fort Bend County, Texas.

_____
Lewis White
Presiding Judge

FILED FOR RECORD
NO_____ TIME 3:25 P.M.
SEP 13 2022
County Clerk Fort Bend Co., Texas