# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:22-cv-03279

| | |
|---|---|
| Lewis Brisbois Bisgaard and Smith LLP v. Bitgood et al | Date Filed: 09/23/2022 |
| Assigned to: Judge Keith P Ellison | Jury Demand: None |
| Cause: 15:44 Trademark Infringement | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Lewis Brisbois Bisgaard and Smith LLP**   represented by   **Bennett Greg Fisher**
Lewis Brisbois Bisgaard & Smith
24 Greenway Plaza
Suite 1400
Houston, TX 77046
713-659-6767
Fax: 713-759-6830
Email: bennett.fisher@lewisbrisbois.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean Benjamin Braun**
Lewis Brisbois
24 Greenway Plaza
Ste 1400
Houston, TX 77046
713-659-6767
Email: Sean.Braun@lewisbrisbois.com
*ATTORNEY TO BE NOTICED*

**William Scott Helfand**
Lewis Brisbois Bisgaard Smith LLP
24 Greenway Plaza
Suite 1400
Houston, TX 77046
713-659-6767
Fax: 713-759-6830
Email: bill.helfand@lewisbrisbois.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Michael Joseph Bitgood**   represented by   **Michael Joseph Bitgood**
*Michael Joseph Bitgood a/k/a Michael*   281-415-8655
*Easton*   Email: EastProLaw@msn.com
PRO SE

**Defendant**

**Richard P. Jones**

11/1/22, 7:43 PM    Case 4:22-cv-03279 Document 37-2  Filed on 11/02/22 in TXSD   Page 2 of 5
DC SM/ECF LIVE - U.S. District Court:Texas Southern

APPENDIX D

| | | |
|---|---|---|
| **Defendant** | | |
| Susan C Norman | represented by | **Susan Cecilia Norman**<br>Attorney at Law<br>PO Box 52518<br>Houston, TX 77052<br>281-802-5341<br>Fax: 281-605-1822<br>Email: suenorman@suenormanlaw.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| Bradley B. Beers | represented by | **Samuel Wallace Dunwoody , IV**<br>Munck Wilson Mandala LLP<br>12770 Coit Rd<br>Ste 600<br>Dallas, TX 75251<br>972-628-3636<br>Email: wdunwoody@munckwilson.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Brad Beers**<br>Beers Law Firm<br>5020 Montrose Blvd<br>Ste 700<br>Houston, TX 77006<br>713-654-0700<br>Email: bbeers@beerslaw.net<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/01/2022 | 34 | RESPONSE in Opposition to 31 MOTION to Compel production of communications and documents responsive to Plaintiffs requests for production, filed by Bradley B. Beers. (Dunwoody, Samuel) (Entered: 11/01/2022) |
| 11/01/2022 | 33 | NOTICE of Appearance by S. Wallace Dunwoody on behalf of Bradley B. Beers, filed. (Dunwoody, Samuel) (Entered: 11/01/2022) |
| 10/27/2022 | 32 | NOTICE of Setting as to 31 MOTION to Compel production of communications and documents responsive to Plaintiffs requests for production, 30 MOTION Emergency Application for a Reasonable Accomodation Under the A.D.A., 29 EMERGENCY MOTION. Parties notified. Motion Hearing set for 11/2/2022 at 03:30 PM in by telephone before Judge Keith P Ellison, filed. (arrivera, 4) (Entered: 10/27/2022) |
| 10/23/2022 | 31 | MOTION to Compel production of communications and documents responsive to Plaintiffs requests for production by Lewis Brisbois Bisgaard and Smith LLP, filed. Motion Docket Date 11/14/2022. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Proposed Order)(Braun, Sean) (Entered: 10/23/2022) |
| 10/21/2022 | 30 | MOTION Emergency Application for a Reasonable Accomodation Under the A.D.A. by Michael Joseph Bitgood, filed. Motion Docket Date 11/14/2022. (arrivera, 4) (Additional attachment(s) added on 10/21/2022: # 1 Exhibit) (arrivera, 4). (Entered: 10/21/2022) |

11/1/22, 7:43 PM  Case 4:22-cv-03279 Document 37-2 Filed on 11/02/22 in TXSD  Page 3 of 5
CM/ECF - U.S. District Court:txsd

**APPENDIX D**

| | | |
|---|---|---|
| 10/21/2022 | 29 | EMERGENCY APPLICATION FRO A REASONABLE ACCOMODATION UNDER THE ADA by Michael Joseph Bitgood, filed. Motion Docket Date 11/14/2022. (gkelner, 4) (Entered: 10/21/2022) |
| 10/21/2022 | 28 | MOTION to Dismiss by Michael Joseph Bitgood, filed. Motion Docket Date 11/14/2022. (Attachments: # 1 Attachments)(gkelner, 4) (Entered: 10/21/2022) |
| 10/18/2022 | 27 | ORDER granting 22 Unopposed MOTION for Continuance of Preliminary Injunction HearingUnopposed MOTION Extension of Temporary Restraining Order (Preliminary Injunction Hearing reset for 11/4/2022 at 02:00 PM in by telephone before Judge Keith P Ellison)(Signed by Judge Keith P Ellison) Parties notified.(arrivera, 4) (Entered: 10/19/2022) |
| 10/18/2022 | | Deposit made into the Registry of the Court by Lewis Brisbois Bisgaard and Smith LLP in the amount of $100.00, receipt number HOU111871 re: 14 Temporary Restraining Order, filed. (jsuchma, 4) (Entered: 10/18/2022) |
| 10/18/2022 | 26 | NOTICE of Setting as to 15 setting. Parties notified. Preliminary Injunction Hearing set for 10/21/2022 at 02:00 PM in by telephone before Judge Keith P Ellison, filed. (arrivera, 4) (Entered: 10/18/2022) |
| 10/18/2022 | 25 | Notice of Filing of Official Transcript as to 24 Transcript. Party notified, filed. (DarleneHansen, 4) (Entered: 10/18/2022) |
| 10/17/2022 | 24 | TRANSCRIPT re: TRO Hearing Proceedings held on 10/06/2022 before Judge Keith P Ellison. Court Reporter/Transcriber david S. Smith. Ordering Party William Helfand Release of Transcript Restriction set for 1/17/2023., filed. (Smith, David) (Entered: 10/17/2022) |
| 10/16/2022 | 23 | Joint MOTION to Abstain by Michael Joseph Bitgood, Susan C Norman, filed. Motion Docket Date 11/7/2022. (Attachments: # 1 Exhibit 2022 10-16 - Jones v Martinez et al, Docket Sheet, # 2 Exhibit 2022-10-12 - Plaintiff LBBS List of All-or-None - Settlement Demands to Bitgood et al.)(Norman, Susan) (Entered: 10/16/2022) |
| 10/15/2022 | 22 | Unopposed MOTION for Continuance of Preliminary Injunction Hearing, Unopposed MOTION Extension of Temporary Restraining Order( Motion Docket Date 11/7/2022.) by Lewis Brisbois Bisgaard and Smith LLP, filed. (Attachments: # 1 Proposed Order)(Helfand, William) (Entered: 10/15/2022) |
| 10/15/2022 | 21 | Certificate of Written Discovery by Lewis Brisbois Bisgaard and Smith LLP, filed. (Helfand, William) (Entered: 10/15/2022) |
| 10/15/2022 | 20 | NOTICE of Appearance by Shane Kotlarsky on behalf of Lewis Brisbois Bisgaard and Smith LLP, filed. (Helfand, William) (Entered: 10/15/2022) |
| 10/14/2022 | 19 | MOTION to Dismiss pursuant to the Texas Citizens Participation Act by Michael Joseph Bitgood, filed. Motion Docket Date 11/4/2022. (ckrus, 4) (Entered: 10/14/2022) |
| 10/14/2022 | 18 | MOTION to Dismiss by Michael Joseph Bitgood, filed. Motion Docket Date 11/4/2022. (arrivera, 4) (Entered: 10/14/2022) |
| 10/12/2022 | 17 | AO 435 TRANSCRIPT REQUEST by William S. Helfand for Transcript of Hearing on Temporary Injunction on 10/6/2022 before Judge Ellison. 3-Day turnaround requested. Court Reporter/Transcriber: David Smith, filed. (Helfand, William) (Entered: 10/12/2022) |
| 10/11/2022 | 15 | NOTICE of Setting. Parties notified. Preliminary Injunction Hearing set for 10/21/2022 at 02:00 PM in by telephone before Judge Keith P Ellison, filed. (arrivera, 4) (Entered: 10/11/2022) |
| 10/07/2022 | 14 | TEMPORARY RESTRAINING ORDER (Signed by Judge Keith P Ellison) Parties |

**Appendix D  11-01-22
Page 3 of 5**

| | | |
|---|---|---|
| | | notified.(arrivera, 4) (Entered: 10/11/2022) |
| 10/07/2022 | 13 | OBJECTIONS *to Dkt 11, Plaintiff Pro Se's Proposed Order*, filed by Susan C Norman. (Attachments: # 1 Exhibit 2022 10-06 - De Facto Dissolution of Texas LLP, # 2 Proposed Order Norman - Bitgood Proposed Order)(Norman, Susan) (Entered: 10/07/2022) |
| 10/07/2022 | 12 | OBJECTIONS , filed by Bradley B. Beers. (Beers, Brad) (Entered: 10/07/2022) |
| 10/07/2022 | 11 | PROPOSED ORDER *Temporary Restraining Order* re: 1 Complaint,, filed.(Helfand, William) (Entered: 10/07/2022) |
| 10/06/2022 | | Minute Entry for proceedings held before Judge Keith P Ellison. MOTION HEARING held on 10/6/2022 on the Opposed Motion for Injunctive Relief. (Doc. 1). Due to reasons stated on the record, the Court GRANTED the Motion. Appearances:Michael Bitgood. Brad Beers, Sean Benjamin ONeal Braun, Bennett Greg Fisher, William Scott Helfand, Susan Cecilia Norman.(Court Reporter: D. Smith)(Law Clerk: I.S.), filed.(arrivera, 4) (Entered: 10/11/2022) |
| 10/06/2022 | 16 | Letter and NOTICE OF AGREEMENT WINDING UP AND TERMINATING LIMITED PARTNERSHIP by Michael Joseph Bitgood, filed.(arrivera, 4) (Entered: 10/11/2022) |
| 10/06/2022 | 10 | Hearing EXHIBITS by Lewis Brisbois Bisgaard and Smith LLP, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD, # 31 Exhibit EE, # 32 Exhibit FF, # 33 Exhibit GG, # 34 Exhibit HH, # 35 Exhibit II, # 36 Exhibit JJ, # 37 Exhibit KK, # 38 Exhibit LL)(Helfand, William) (Entered: 10/06/2022) |
| 10/06/2022 | 9 | SUPPLEMENT to 8 Response by Michael Joseph Bitgood, filed.(arrivera, 4) (Entered: 10/06/2022) |
| 10/05/2022 | 8 | Letter RESPONSE to 7 Supplement, filed by Michael Joseph Bitgood. (arrivera, 4) (Entered: 10/05/2022) |
| 10/04/2022 | 7 | SUPPLEMENT to 1 Complaint, by Lewis Brisbois Bisgaard and Smith LLP, filed. (Attachments: # 1 Exhibit Supp. Exhibit 1, # 2 Exhibit Supp. Exhibit 2)(Braun, Sean) (Entered: 10/04/2022) |
| 10/03/2022 | 6 | RESPONSE In Opposition to 1 Preliminary Injunction and Motion to Admit Plaintiff's Exhibits,, filed by Michael Joseph Bitgood. (arrivera, 4) (Entered: 10/03/2022) |
| 10/03/2022 | 5 | Letter and request for ECF access by Michael Joseph Bitgood, filed. Motion Docket Date 10/24/2022. (arrivera, 4) (Entered: 10/03/2022) |
| 09/29/2022 | 4 | NOTICE of Setting re: 1 Complaint,. Parties notified. Preliminary Injunction Hearing set for 10/6/2022 at 02:30 PM in by video before Judge Keith P Ellison, filed. (arrivera, 4) (Entered: 09/29/2022) |
| 09/27/2022 | 3 | US Patent and Trademark Office Notified. AO 120, filed. (Attachments: # 1 Complaint) (BrandisIsom, 4) (Entered: 09/27/2022) |
| 09/27/2022 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 1/13/2023 at 03:00 PM in Courtroom 3A Houston before Judge Keith P Ellison. (Signed by Judge Keith P Ellison) Parties notified. (BrandisIsom, 4) (Entered: 09/27/2022) |
| 09/23/2022 | 1 | COMPLAINT against All Defendants (Filing fee $ 402 receipt number ATXSDC- |

**Appendix D, 11-01-22
Page 4 of 5**

11/1/22, 7:43 PM    Case 4:22-cv-03279 Document 37-2 Filed on 11/02/22 in TXSD    DC CM/ECF LIVE- US District Court:txsd    Page 5 of 5

**APPENDIX D**

| | |
|---|---|
| | 28825377) filed by Lewis Brisbois Bisgaard and Smith LLP. (Attachments: # [1](#) Exhibit, # [2](#) Exhibit, # [3](#) Exhibit, # [4](#) Exhibit, # [5](#) Exhibit, # [6](#) Exhibit, # [7](#) Exhibit, # [8](#) Exhibit, # [9](#) Exhibit, # [10](#) Exhibit, # [11](#) Exhibit, # [12](#) Exhibit)(Helfand, William) (Entered: 09/23/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/01/2022 19:42:56 | | | |
| **PACER Login:** | SueNorman | **Client Code:** | Easton |
| **Description:** | Docket Report | **Search Criteria:** | 4:22-cv-03279 |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |