United States District Court
Southern District of Texas
**ENTERED**
November 04, 2022
Nathan Ochsner, Clerk

**In the United States District Court
for the Southern District of Texas, Houston Division**

| | |
|---|---|
| **Lewis Brisbois Bisgaard & Smith, LLP,** | |
| Plaintiff, | Civil Action No. 4:22-cv-3279 |
| v. | |
| **Michael Joseph Bitgood a/k/a "Michael Easton,"** *et al.* | Jury Demanded |
| Defendants. | |

# ORDER

Plaintiff, Lewis Brisbois Bisgaard & Smith, LLP and Defendants' agreed, oral request to extend the temporary restraining order and continue the telephonic hearing of Plaintiff's application for preliminary injunction by 14 days, until November 18, 2022, and to set November 11, 2022 as Plaintiff's deadline to respond to Defendants' motions to dismiss is **GRANTED**.

**IT IS ORDERED** that the temporary restraining order entered by the Court on October 7, 2022 and extended, for the first time, on October 19, 2022, is extended until November 18, 2022, by which date the Court will conduct a telephonic hearing of Plaintiff's application for preliminary injunction.

**IT IS FURTHER ORDERED** that Plaintiff shall respond to each of Defendants' motions to dismiss, ECF Nos. 18-19, 23, 27, 35-39, and 42, by November 11, 2022.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 4th day of November, 2022.

Hon. Keith P. Ellison
United States District Judge