IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Lewis Brisbois Bisgaard & Smith LLP, § <br> Plaintiff § <br> § <br> Michael Joseph Bitgood a/k/a "Michael § <br> Easton," *et al* § <br> Defendants § | **Civil Action 4:22-cv-3279** |

**Defendant Susan C. Norman's Notice of Fifth Circuit Action Withdrawing its Opinion in *Carswell v. Camp*, cited in Docket 48 and Issuing A New Opinion on November 30, 2022 (amended)**

**TO THE HONORABLE JUDGE OF SAID COURT:**

In Susan Norman's Dkt. 48[1] at page 8, she cited the Court to the Fifth Circuit's June 17, 2022, opinion in *Carswell v. Camp*,[2] for the proposition that the Texas Judicial Proceedings Privilege is <u>immunity from suit</u>,[3] just as the Fifth Circuit held that qualified immunity is "more than a 'mere defense to liability, . . . "[i]t's also 'an <u>immunity from suit</u>.'" *Carswell* at 1065.

In its June 17, 2022, *Carswell* Opinion,, Fifth Circuit held that the trial court must rule on issues of immunity at the earliest possible stage of the litigation.

---

[1] *Reply to the Plaintiff's Consolidated Response in Opposition to Defendants' Motions to Dismiss*, Dkt 47.

[2] *Carswell v. Camp*, 37 F.4th 1062, 1065–1066 (5th Cir. 2022).

[3] *Shanks v. AlliedSignal, Inc.*, 169 F.3d 988, 992 (5th Cir. 1999), and *BancPass, Inc. v. Highway Toll Admin., L.L.C.*, 863 F.3d 391, 397 - 398 (5th Cir. 2017.

On November 30, 2022, on its own motion, the Fifth Circuit withdrew its June 17, 2022, Opinion in *Carswell*, cited in Dkt. 48 and issued the attached opinion.  See *Carseell* II, Attachment 1 for the Court's information.

As stated on November 30, "Jurisdiction is always first."  *Carswell v. Camp*, 2022 U.S. App. LEXIS 33072 *; ___ F.4th __ at *3.  The *Carswell* II, opinion echoed its *Carswell* I Opinion at *5.  Both *Carswell* I and *Carswell* II, hold that:

> "[A] defendant's entitlement to qualified immunity must be determined "at the earliest possible stage of the litigation." . . . That's because qualified immunity is more than "a mere defense to liability." . . . It's also "an immunity from suit." . . . And one of the most important benefits of the qualified immunity defense is "protection from pretrial discovery, which is costly, time-consuming, and intrusive." . . . a "refusal to rule on a claim of immunity" deprives a defendant of his "entitlement under immunity doctrine to be free from suit and the burden of avoidable pretrial matters". *Carswell* II, at *5. (Internal cites omitted).

Respectfully submitted.

 /s/   Susan C. Norman  
Susan C. Norman, *pro se*  
State Bar No. 15083020  
Attorney at Law  
P.O. Box 55585  
Houston, Texas 77255  
(713) 882-2066 phone  
(281) 402-3682 facsimile  
SueNorman@SueNormanLaw.com

## Certificate of Service

I hereby certify that on the 2nd day of December 2022, I electronically filed the foregoing document with the Clerk of the District Court through the ECF system and an email notice of the electronic filing was sent to all attorneys of record.

/s/   Susan C. Norman
Susan C. Norman, *pro se*