# Todd A. Zettlemoyer

| | |
|---|---|
| **From:** | Douglas C. Brinkley |
| **Sent:** | Friday, August 19, 2022 2:54 PM |
| **To:** | Todd A. Zettlemoyer |
| **Cc:** | James T. Davis; Michelle Allen |
| **Subject:** | Fw: OFFICIAL INTERNAL AFFAIRS COMPLAINT-SUGAR LAND P.D. OFFICER-CITY POLICY |
| **Attachments:** | Spencer Complaint w Ex A & B-1.pdf |

Captain,

See the attached complaint. Please respond to EastproLaw that you have received the complaint and copy Meredith Riede. Thanks.

Douglas Brinkley
Assistant City Manager
City of Sugar Land
2700 Town Center Blvd. North
Sugar Land, TX 77479
281-275-2228 (Direct)
281-275-2344 (Main)

---

**From:** EastProLaw . <eastprolaw@msn.com>
**Sent:** Thursday, August 18, 2022 10:40 AM
**To:** zimmerman@sugarlandtx.gov <zimmerman@sugarlandtx.gov>; William Ferguson <wferguson@sugarlandtx.gov>; Jennifer Lane <jlane@sugarlandtx.gov>; Suzanne Whatley <swhatley@sugarlandtx.gov>; Naushad Kermally <nkermally@sugarlandtx.gov>; Stewart Jacobson <sjacobson@sugarlandtx.gov>; Carol K. McCutcheon <cmccutcheon@sugarlandtx.gov>
**Cc:** Douglas C. Brinkley <dbrinkley@sugarlandtx.gov>; Steve S. Sbrusch <ssbrusch@sugarlandtx.gov>; Meredith R. Riede <mriede@sugarlandtx.gov>; Brad Beers <bbeers@beerslaw.net>; Susan Norman <suenorman@suenormanlaw.com>; John Healey <jhealeyda@aol.com>
**Subject:** OFFICIAL INTERNAL AFFAIRS COMPLAINT-SUGAR LAND P.D. OFFICER-CITY POLICY

To all, please see attached. What a disgrace to the City, the Department, and the Citizens of Fort Bend County.

This E-mail, including attachments, is privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, 2701-2710. The contents of this communication are intended for the sole use of the intended recipient, and any disclosure, dissemination, distribution, or duplication thereof without the express, written consent of the sender is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by return email, delete this communication (including any attachments transmitted herewith) from your email box, and refrain from disclosing the contents thereof to anyone, using it for any purpose, or storing or copying it into any medium. Any and all matters discussed or referenced or ???statements??? made in this communication are covered by Texas Rule of Evidence 410 and 503, and are not admissible against the Defendant/Plaintiff/Petitioner/Respondent/Relator/True-Party-in-Interest/Client/ and/or witness as the case may be.
****************************************************************************************************************
******************************************************************************************