# SUGAR LAND POLICE DEPARTMENT
# Internal Affairs
# Initial Administrative Investigation Report
Form 131
Page 1 of 2



Initial Allegation Class: 3
Internal Affairs Tracking #: 2022-F-04     Related SLPD Case # _____
Incident Date: August 3, 2022

Location of Incident: 2 Stadium Dr.

**Potentially Involved Employee(s) Information:**

Title, Name: Officer Bryce Spencer     Employee ▇▇▇

Title, Name: _____     Employee # _____

Title, Name: _____     Employee # _____

Title, Name: _____     Employee # _____

Title, Name: _____     Employee # _____

**Other Persons:**

Type of Involvement: Complainant

Name: Bitgood, Michael     DOB _____     Race _____ Sex _____

DL # _____     DL State _____

Address: _____

City: _____     State: _____     Zip: _____

Phone – home: _____     work: _____     other: _____

Email address: eastprolaw@msn.com

-----------------------------------------------------------------

Type of Involvement: Select One

Name: _____     DOB _____     Race _____ Sex _____

DL # _____     DL State _____

Address: _____

City: _____     State: _____     Zip: _____

Phone – home: _____     work: _____     other: _____

Email address:

Revised May 2007

# SUGAR LAND POLICE DEPARTMENT
# Internal Affairs
# Initial Administrative Investigation Report
Form 131
Page 2 of 2
-------------------------------------------------------------------

Type of Involvement:  Select One

Name: _____                              DOB _____         Race _____ Sex _____

DL # _____                    DL State _____

Address: _____

City: _____                                         State: _____         Zip: _____

Phone – home: _____                  work: _____                  other: _____

Email address:


**Initial Investigation Report:**

*Any Additional Involved Persons (be sure to clearly identify the type of involvement for each person listed followed by identifying information):*

_____

_____

_____


*Narrative of Investigative Activity:*
On, August 18, 2022 the Sugar Land Police Department, Chief Brinkley, received a statement from Lewis Brisbois Bisgaard & Smith, LLP for Michael Joseph Bitgood a/k/a "Michael Easton" in reference to a call at 2 Stadium Dr, Sugar Land "Imperial Lofts".  The statement alleges actions taken by Officer Bryce Spencer on behalf of the management of Imperial lofts and his failure to comply with a court subpoena for August 3, 2022 at 1:30 p.m. for County Court at Law #4, Fort Bend County.


**Supervisor Filing This Report:**

Title, Name: <u>Captain Todd Zettlemoyer</u>

Employee # ▮▮▮▮       Date Report Completed: <u>August 25, 2022</u>