# SUGAR LAND POLICE DEPARTMENT
# Internal Affairs
# Notification of Finding



Form 134
Page 1 of 1

**TO:**     FILE

**FROM:**    Todd Zettlemoyer, Captain

**DATE:**    September 30, 2022

**SUBJECT:**   Internal Affairs Tracking Number :   2022-F-04
        Complainant : Michael Bitgood
        Employee :  Officer Bryce Spencer

===============================================================

After investigation and review of the above referenced allegation of misconduct, you are hereby notified that the Finding is:

    Sustained     Allegation(s):

> Chapter 22 Standards of Conduct-Failure to Comply with Court Subpoena

Additional Findings / Allegations:
  ☐ Yes ☐ No
 If yes, details below:

Further action/comments:
  ☐ Yes ☐ No
 If yes, see comments below:

This investigation is closed unless additional information is received or revealed that warrants reopening the investigation in line with the guiding purpose to retain public confidence and respect for the department and its employees.

cc:  *Employee*
   *Employee's Chain of Command*