# SUGAR LAND POLICE DEPARTMENT
## Internal Affairs



**COMPLAINANT'S NOTIFICATION OF INVESTIGATION RESULTS**

Date:   October 3, 2022

**Delivery Method:**

☐ Regular Mail Address:   OR   ☒ E-mail address: eastprolaw@msn.com

To:   Michael Bitgood

This is official notification that a thorough investigation was conducted by the Sugar Land Police Department Internal Affairs based upon an allegation of misconduct against Officer B. Spencer, an employee of the Sugar Land Police Department.

This investigation revealed sufficient proof to support a finding that this employee committed a violation of Law or our Policies.  We are taking appropriate disciplinary action with the goal to prevent future misconduct on the part of this employee.

We are committed to Professionalism and regret the actions of this employee that were not consistent with our high standards of conduct.  We hope that any future contact with our Department and its employees will have a much more positive outcome.

I would be happy to discuss the results of this Investigation with you.  If you wish, you may contact me at the address or telephone number listed below.

Sincerely,

_____
Captain Todd Zettlemoyer

E-mail address:   tzettlemoyer@sugarlandtx.gov
Or
Telephone #:   281-275-2927