# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Lewis Brisbois Bisgaard and Smith LLP

v.                                                                Case Number: 4:22–cv–03279

Michael Joseph Bitgood, et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge Keith P Ellison**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1613529631?pwd=WUFPWFRrZE56M051YXBQelRSaGxydz09*
Meeting phone number:
Meeting ID: 161 352 9631
Meeting Password: 243113

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 12/15/2022

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Injunction Hearing

RE: Complaint – #1

Date:   December 8, 2022                                          Nathan Ochsner, Clerk