```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
                          HOUSTON DIVISION


LEWIS BRISBOIS                   .   4:22-CV-03279
BISGAARD AND SMITH, LLP,         .   HOUSTON, TEXAS
                                 .   NOVEMBER 17, 2022
     PLAINTIFF,                  .   11:30 A.M.
VS.                              .
                                 .
MICHAEL J. BITGOOD,              .
RICHARD P. JONES,                .
SUSAN C. NORMAN, AND             .
BRADLEY B. BEERS,                .
                                 .
     DEFENDANTS.                 .
.................................
```

      TRANSCRIPT OF MOTION HEARING HELD REMOTELY
        BEFORE THE HONORABLE KEITH P. ELLISON
             UNITED STATES DISTRICT JUDGE



                         ***APPEARANCES***

              ***ALL PARTICIPANTS APPEARED BY TELEPHONE***


FOR THE PLAINTIFF:

     William S. Helfand
     Shane L. Kotlarsky
     Bennett Fisher
     Sean B. Braun
     LEWIS BRISBOIS BISGAARD AND SMITH
     24 Greenway Plaza
     Suite 1400
     Houston, Texas  77046

1         ***APPEARANCES - CONTINUED***

4    FOR THE DEFENDANT MICHAEL J. BITGOOD:

5         Michael J. Bitgood
          PRO SE

8    FOR THE DEFENDANT RICHARD P. JONES:

9         No appearance

11   FOR THE DEFENDANT SUSAN C. NORMAN:

12        Susan C. Norman
          PRO SE
13        Attorney at Law
          Post Office Box 52518
14        Houston, Texas  77052

16   FOR THE DEFENDANT BRADLEY B. BEERS:

17        Samuel W. Dunwoody, IV
          MUNCK WILSON MANDALA LLP
18        12770 Coit Road
          Suite 600
19        Dallas, Texas  75251

20
     OFFICIAL COURT REPORTER:
21
          Mayra Malone, CSR, RMR, CRR
22        U.S. Courthouse
          515 Rusk
23        Room 8004
          Houston, Texas  77002
24
     Proceedings recorded by mechanical stenography.  Transcript
25   produced by computer-aided transcription.

```
                 1
                 2                          PROCEEDINGS
                 3         THE COURT:  Good morning and welcome.  This is Keith
                 4   Ellison.  We're on the record in Lewis Brisbois versus Bitgood.
11:30            5   We will take appearances of counsel, or parties, beginning with
                 6   the plaintiff.
                 7         MR. HELFAND:  Good morning, Your Honor.  Bill Helfand,
                 8   Bennett Fisher, Shane Kotlarsky and Sean Braun for the
                 9   plaintiff.
11:30           10         THE COURT:  Thank you.  For defendant?
                11         MR. BITGOOD:  Michael Joseph Bitgood.  Good morning,
                12   Your Honor.
                13         MS. NORMAN:  Good morning, Your Honor.  Susan Norman
                14   for herself.
11:30           15         THE COURT:  Hello, Ms. Norman.
                16         MR. DUNWOODY:  This is Wallace Dunwoody for Brad
                17   Beers.
                18         THE COURT:  Thank you.
                19             Welcome to all of you.
11:31           20             I'm really disappointed this case hasn't been
                21   wrapped up by now.  It doesn't seem to be disagreement between
                22   the parties.  It seems like a fairly straightforward solution.
                23             Explain to me what is going on.  We will start
                24   with the plaintiff.
11:31           25         MR. HELFAND:  Judge, as we promised we would at the
```

12:00  1           So, again, Mr. Bitgood is good with the
       2  ad hominem but not so much with the law.  We will get that
       3  issue resolved.  It is pending in state court.  And if this
       4  lawsuit continues, we will get it resolved without Mr. Bitgood
12:00  5  and Ms. Norman's participation, and then I don't think the law
       6  firm will agree to settle on nonmonetary terms.
       7           So, again, it is laid out before them.  He still
       8  hasn't told you why Ms. Norman and Mr. Bitgood can't agree to
       9  simply let the district judge set aside those orders now that
12:00 10  he has settled his lawsuit.  But that's where we are, Judge.
      11  And, again, I'm happy to submit it to the Court.  And if the
      12  Court thinks there is something unreasonable in it, we will
      13  take the Court's guidance on that.  But Your Honor just said it
      14  best:  It is either full and final resolution of every disputed
12:00 15  issue between these parties without further expenditure of
      16  lawyer time by Lewis Brisbois, the real Lewis Brisbois, or it's
      17  not a settlement.  It's that simple.
      18           THE COURT:  Well, all I can do for now is set a
      19  hearing on the preliminary injunction motion and other pending
12:01 20  motions.
      21           George, can we find a date for that next week?
      22     *(No response)*
      23           THE COURT:  Next week is not good?
      24           MR. HELFAND:  Next week is getting very crowded for
12:01 25  me, Judge.

```
12:01    1              Could we do it on the 22nd, Judge?  That's the
         2   one day I have open next week.
         3              THE COURT:  George, how does the 22nd look?
         4              THE CASE MANAGER:  The 22nd is pretty packed.
12:01    5              MR. BITGOOD:  How about the first week after
         6   Thanksgiving, Your Honor?  Thanksgiving is next week, by the
         7   way.
         8              THE CASE MANAGER:  Judge, Monday, November 28, is open
         9   all day.
12:02   10              (Simultaneous crosstalk)
        11              MS. NORMAN:  Your Honor, this is Susan Norman.  What's
        12   being set?
        13              THE COURT:  A hearing on all pending motions,
        14   including the motion for preliminary injunction.
12:02   15              (Simultaneous crosstalk)
        16              THE COURT:  Sorry?
        17              MR. HELFAND:  This is Bill Helfand.  Can we do it on
        18   the 22nd, Your Honor?  I can't do it on the 28th because I'm
        19   taking a deposition in the Heckford case, which Your Honor may
12:02   20   know is going to trial before you in early December.
        21              MR. BITGOOD:  Mr. Helfand, there are five lawyers on
        22   these pleadings.  Lead counsel is Bennett Fisher.  Is he
        23   unavailable too?
        24              MR. HELFAND:  I'm not going to respond to anything
12:02   25   that Mr. Bitgood says to me directly, Your Honor, or any other
```

```
12:02    1   person.  Everyone can speak to the Court.  I am lead counsel in
         2   this case.
         3                   Can we do it on the 22nd, please?
         4               MS. NORMAN:  Your Honor, this is Susan Norman.  If I
12:02    5   may be heard, please?
         6               THE COURT:  Yes, you may.
         7               MS. NORMAN:  I respectfully request the Court have the
         8   hearing first on the pending motions, because those will be
         9   dispositive of whether or not there even can be a preliminary
12:03   10   injunction.
        11               THE COURT:  Which motion are you speaking of?
        12               MS. NORMAN:  The motions -- my 12(b)(1) motion.  I
        13   have got eight separate issues in 12(b)(1).  I have got 19
        14   separate issues under 12(b)(6).  And then plaintiff still has
12:03   15   not -- the first thing that has to be dealt with, Your Honor,
        16   is complete immunity from suit, and I have briefed very
        17   thoroughly, contrary to other assertions to the Court -- under
        18   the judicial proceedings privilege, there is complete immunity
        19   from suit, and I respectfully request the Court deal with that
12:04   20   first before having a hearing on preliminary injunctions.
        21               THE COURT:  Well, I will set those motions for the
        22   same day.  If one of your motions is successful, then we can
        23   adjourn the hearing.  But I will deal with those motions first,
        24   and then we can turn to the issue of preliminary injunction.
12:04   25               MS. NORMAN:  I appreciate my client to be out of town
```

12:04   1   on a matter first and to get back to this hearing -- to have a
        2   hearing on the 22nd will be very difficult.  I would appreciate
        3   not doing it next week and doing it the week after, on the
        4   28th, as Mr. Kelner advised the Court was available.
12:04   5          THE COURT:  That's not good for Mr. Helfand.
        6          MR. HELFAND:  The 28th is not workable, Judge,
        7   because, as I said, I have got to take a deposition in the
        8   Heckford case, which is about to go to trial.
        9          MR. BITGOOD:  May I suggest something, Your Honor?
12:04  10   I'm addressing you and not Mr. Helfand.
       11          THE COURT:  Okay.
       12          MR. BITGOOD:  We extend the TRO to the first week in
       13   December where everybody is available and then we have our
       14   hearing.  We agree to extend the TRO so that he feels confident
12:05  15   that nothing is going to happen from here until the day of that
       16   hearing.
       17          THE COURT:  I think we need to extend the TRO, but I'm
       18   trying to find a date where we can hear this.  It doesn't sound
       19   to me like the parties are going to agree, so we need to move
12:05  20   toward a preliminary injunction hearing.  If we surmount the
       21   objections Ms. Norman has raised, if she prevails, then we
       22   don't have a preliminary injunction.
       23          THE CASE MANAGER:  Judge, this is George.
       24   December 1st, the morning is free.
12:05  25          THE COURT:  How about that then?

1                          * * * *

2

3

4             I, Mayra Malone, CSR, CRR, RMR, certify that as a

5    Federal Official Reporter for the Southern District of Texas, I

6    have transcribed the Zoom/telephone conference of the foregoing

7    entitled case to the best of my ability; that any inaudible

8    designations are because of audio interference that precluded

9    me from understanding the words spoken; and that the foregoing

10   typewritten matter contains a full, true and correct transcript

11   of my understanding of the aforesaid proceedings as recorded,

12   to the best of my skill and ability.

13

14   DATE: November 22, 2022

15

16

17

18                        /s/ Mayra Malone

19                        ----------------------------------------
                          Mayra Malone, CSR, RMR, CRR
20                        Official Court Reporter

21

22

23

24

25