# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 05, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-20637   Lewis Brisbois Bisgaard v. Norman
                USDC No. 4:22-CV-3279

The court has granted the motion of Michael Joseph Bitgood for leave to file electronically as a pro se party in this case.

In light of the court granting your motion to proceed as a pro se filer in this case only, if you do not already have full electronic filing access you must follow the instructions at http://www.ca5.uscourts.gov/docs/prosefiler.pdf

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Shawn D. Henderson, Deputy Clerk
                              504-310-7668

Mr. Michael Joseph Bitgood
Mr. Bennett Greg Fisher
Mr. William S. Helfand
Mr. Shane L. Kotlarsky
Ms. Susan C. Norman
Mr. Sean Benjamin O'Neal Braun