

**United States Court of Appeals**

**for the Fifth Circuit**

United States Courts
Southern District of Texas
FILED

February 06, 2023

Nathan Ochsner, Clerk of Court

Certified as a true copy and issued
as the mandate on **Feb 06, 2023**

Attest: **Lyle W. Cayce**
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 22-20637

United States Court of Appeals
Fifth Circuit

**FILED**

January 13, 2023

Lyle W. Cayce
Clerk

LEWIS BRISBOIS BISGAARD & SMITH, L.L.P.,

*Plaintiff—Appellee,*

*versus*

SUSAN C. NORMAN; MICHAEL JOSEPH BITGOOD, *also known as*
MICHAEL EASTON,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-3279

UNPUBLISHED ORDER

Before HAYNES, ENGELHARDT, and OLDHAM, *Circuit Judges.*
PER CURIAM:

IT IS ORDERED that Appellee's motion to dismiss the appeals of
Appellants Susan C. Norman and Michael Joseph Bitgood for lack of
jurisdiction is GRANTED.

IT IS FURTHER ORDERED that, to the extent Appellants seek
mandamus relief in the alternative, it is DENIED on the showing made.

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 06, 2023

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 22-20637    Lewis Brisbois Bisgaard v. Norman
                  USDC No. 4:22-CV-3279

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Nancy F. Dolly, Deputy Clerk
                504-310-7683

cc:  Mr. Michael Joseph Bitgood
      Mr. Bennett Greg Fisher
      Mr. William S. Helfand
      Mr. Shane L. Kotlarsky
      Ms. Susan C. Norman
      Mr. Sean Benjamin O'Neal Braun