United States District Court
Southern District of Texas
**ENTERED**
May 11, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD AND SMITH LLP,** | § § § § § |
| Plaintiff, | § |
| VS. | §   CIVIL ACTION NO. 4:22-CV-03279 |
| **MICHAEL JOSEPH BITGOOD,** *et al.*, | § § § |
| Defendants. | § |

## ORDER

Pending before the Court is Plaintiff Lewis Brisbois's Second Suggestion of Contempt and Request for Sanctions Against Defendant Susan Norman. ECF No. 162. The Court **DENIES** the Motion without Prejudice.

It is **ORDERED** that Defendant Norman pay attorneys' fees in the amount of $1,000.00 within ten (10) days.

It is further **ORDERED** that Defendant Norman provide the requested communications and documents within ten (10) days. The Court will not condone any additional delay.

If Defendant Norman does not submit proof of payment and the requested discovery, Plaintiff is given leave to refile the motion. ECF No. 162.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 11th of May, 2023.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE