UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD AND SMITH LLP,** § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-03279 |
| **MICHAEL JOSEPH BITGOOD,** *et al.*, § § § | |
| Defendants. § | |

## ORDER

Pending before the Court are Defendant Susan Norman and Michael Bidgood's Motions for Reconsideration of Order Granting Plaintiff's Motion for Preliminary Injunction. (ECF Nos. 127, 128). Upon consideration of the motions and the record before the Court, the pending Motions for Reconsideration are **DENIED**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 11th of May, 2023.

_____
KEITH P. ELLISON