**EXHIBIT 1**

# *SUSAN C. NORMAN*
### Attorney and Counselor at Law - Certified Mediator
P.O. Box 55585
Houston, Texas 77255-5585
SueNorman@SueNormanLaw.com

713-882-2066 Voice                                     281-402-3682 Telefax

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Lewis Brisbois Bisgaard & Smith, LLP** | § | |
|     **Plaintiff** | § | |
| vs. | § | **Civil Action** |
| | § | **No. 4:22-cv-3279** |
| **Michael Joseph Bitgood, et al** | § | |

## ADVISORY TO THE COURT

May 3, 2023

Mr. Shane L. Kotlarsky
Lewis Brisbois Bisgaard & Smith, LLP
24 Greenway Plaza, Suite 1400
Houston, Texas 77046

Mr Kotlarsky:

    Regarding your highly–offensive motion to have me sanctioned and held in contempt, and portraying me as some sort of rebellious and dishonest miscreant, it appears that you want to create a distraction for the Judge so that he can take his eye off the real "ball"–which is Lewis Brisbois' contempt for the Judge himself by trying to get the Judge angry and hostile.

Exhibit 1, 5-3-23--5-22-23
Page 1 of 2

**EXHIBIT 1**

Shane L. Kotlarsky  Page 2
May 3, 2023

    Thus, rather than have you, of all people, recite honesty to me, if you tell me what is lacking in my discovery—or even better—what you think I have that fits the discovery, just tell me, **and I will give it, and tender it to you,** instead of playing all the games you people like to play.  You are trying to start yet another fight, when there is no fight.

Most cordially,

*/s/ Susan C. Norman*
SUSAN C. NORMAN
SCN\oe

## CERTIFICATE OF SERVICE

    On May 3, 2023, I certify that I tendered this document to the U. S. District Clerk for ECF filing on all parties and counsel.

                                          */s/ Susan C. Norman*
                                          SUSAN C. NORMAN