

**Susan Norman**

---

| | |
|---|---|
| **From:** | EastProLaw . <eastprolaw@msn.com> |
| **Sent:** | Monday, May 22, 2023 1:56 PM |
| **To:** | Susan Norman |
| **Subject:** | Fw: MEDICAL EMERGENCY |

Confidentiality Notice: This email and any attachments may contain information that is private, confidential, or protected by the attorney-client, the litigation privilege, or other investigative and disclosure privilege. It is intended solely for the use of the addressees listed above. If you are not the intended recipient of this message, please do not print, copy, or disclose this information. If you received this email in error, please notify me at (281) 341.1058, and then delete this email and any attachments from your system.This E-mail, including attachments, is privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, 2701-2710.  The contents of this communication are intended for the sole use of the intended recipient, and any disclosure, dissemination, distribution, or duplication thereof without the express, written consent of the sender is strictly prohibited.  If you are not the intended recipient, please immediately notify the sender by return email, delete this communication (including any attachments transmitted herewith) from your email box, and refrain from disclosing the contents thereof to anyone, using it for any purpose, or storing or copying it into any medium.  Any and all matters discussed or referenced, or statements made in this communication are covered by Texas Rule of Evidence 410 and 503 and are not admissible against the Defendant/Plaintiff/Petitioner/Respondent/Relator/True-Party-in-Interest/Client/ Defendant/ and/or witness as the case may be.

---

**From:** Art Rivera <Arturo_Rivera@txs.uscourts.gov>
**Sent:** Monday, May 22, 2023 10:48 AM
**To:** EastProLaw . <eastprolaw@msn.com>
**Subject:** RE: MEDICAL EMERGENCY

Good morning,
Any requests for relief must be in writing and submitted to the U.S. District Court Clerk's Office by mail or through their intake counter.
Please contact the Clerk's Office at 713-250-5500 with any questions regarding filing.

Thank you,

Arturo A. Rivera
Case Manager to the Honorable Keith P. Ellison
United States District Court
515 Rusk St.
Suite 3716
Houston, TX 77002
Office:  713-250-5181

**From:** EastProLaw . <eastprolaw@msn.com>
**Sent:** Monday, May 22, 2023 10:21 AM
**To:** Art Rivera <Arturo_Rivera@txs.uscourts.gov>; Kotlarsky, Shane <Shane.Kotlarsky@lewisbrisbois.com>; Susan

**EXHIBIT 2**

Norman <suenorman@suenormanlaw.com>; wdunwoody@munckwilson.com
**Subject:** MEDICAL EMERGENCY

**CAUTION - EXTERNAL:**

MR RIVERA, I HAVE A MEDICAL EMERGENCY—IT IS IMPERATIVE THAT WE HAVE A HEARING ASAP WITH THE JUDGE. PLEASE.

Confidentiality Notice: This email and any attachments may contain information that is private, confidential, or protected by the attorney-client, the litigation privilege, or other investigative and disclosure privilege. It is intended solely for the use of the addressees listed above. If you are not the intended recipient of this message, please do not print, copy, or disclose this information. If you received this email in error, please notify me at (281) 341.1058, and then delete this email and any attachments from your system. This E-mail, including attachments, is privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, 2701-2710. The contents of this communication are intended for the sole use of the intended recipient, and any disclosure, dissemination, distribution, or duplication thereof without the express, written consent of the sender is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by return email, delete this communication (including any attachments transmitted herewith) from your email box, and refrain from disclosing the contents thereof to anyone, using it for any purpose, or storing or copying it into any medium. Any and all matters discussed or referenced, or statements made in this communication are covered by Texas Rule of Evidence 410 and 503 and are not admissible against the Defendant/Plaintiff/Petitioner/Respondent/Relator/True-Party-in-Interest/Client/ Defendant/ and/or witness as the case may be.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.