| | |
|---|---|
| **From:** | Baker Beers |
| **Sent:** | Thursday, May 26, 2022 1:13 PM |
| **To:** | EastProLaw .; Brad Beers; Susan Norman |
| **Subject:** | RE: LLP |
| **Attachments:** | Preliminary Formation . Lewis Brisbois . 2022 05 26.pdf |

Michael,

Attached please find the preliminary formation documents. Let me know if I can file.

Thanks,
Baker

---

**From:** EastProLaw . <eastprolaw@msn.com>
**Sent:** Monday, May 23, 2022 9:58 AM
**To:** Baker Beers <b2beers@BeersLaw.net>; Brad Beers <BBeers@BeersLaw.net>; Susan Norman <suenorman@suenormanlaw.com>
**Subject:** LLP

Baker, the name of the LLP will be: Lewis, Brisbois as seen in this DBA certificate;

President: Michael Joseph Bitgood
VP: Susan C. Norman
Treasurer: Michael Joseph Bitgood
Sec: Susan C. Norman

The business address is the same as the dba address: 503 FM 359-130, Suite 116, Richmond, Texas, 77406-2195

Registered Agent: Baker Beers Esq.

Please get this done, so I can file it ASAP

Thank you

5/26/22, 1:11 PM  FORMATION FILING

# TEXAS SECRETARY of STATE
## JOHN B. SCOTT

**BUSINESS ORGANIZATIONS FILING**

Please review the document displayed for accuracy. If corrections must be made press 'Edit Filing'. When complete press 'Submit Filing' to submit this filing.

[ Submit Filing (Fee: $400.00) ] [ Edit Filing ] [ Cancel Filing ]

Fees paid by credit card are subject to the statutorily authorized convenience fee of 2.7% of total fees.

| **Form 701** | | |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>**Filing Fee: See Instructions** | **Registration of a<br>Limited Liability Partnership** | |

| 1. | The name of the partnership is:<br>Lewis Brisbois Bisgaard & Smith, LLP |
|---|---|
| 2. | The partnership is a: general partnership. |
| 3. | A. ☒ The federal employer identification number is 882509410<br>B. ☐ The partnership has not obtained a federal employer identification number at this time. |
| 4. | The street address of the partnership's principal office in this state or outside of this state, as applicable, is<br>503 FM 359-130, Suite 116, Richmond, TX, USA 77406-2195 |
| 5. | The number of partners in the partnership at the date of the application is 2 . |
| 6. | The partnership's business is:<br>Mediation and related services. |

**Effectiveness of Filing**

☒ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

**Execution**

The undersigned person or persons sign this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: May 26, 2022

Michael Bitgood

Signature(s) of a majority-in-interest of the partners, or by one
or more of the partners authorized by a majority-in-interest.

**EXHIBIT 2**

BEERS 000019

**FILING OFFICE COPY**

**EXHIBIT 2**                                                                            **BEERS 000020**

**From:** EastProLaw . <eastprolaw@msn.com>
**Sent:** Thursday, May 26, 2022 1:21 PM
**To:** Baker Beers; Brad Beers; Susan Norman
**Subject:** Re: LLP

Yes, please proceed.
SEND ME  FILE STAMPED COPY AS APPROVED BY SOS

This E-mail, including attachments, is privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C.  2510-2521, 2701-2710.  The contents of this communication are intended for the sole use of the intended recipient, and any disclosure, dissemination, distribution, or duplication thereof without the express, written consent of the sender is strictly prohibited.  If you are not the intended recipient, please immediately notify the sender by return email, delete this communication (including any attachments transmitted herewith) from your email box, and refrain from disclosing the contents thereof to anyone, using it for any purpose, or storing or copying it into any medium.  Any and all matters discussed or referenced or ???statements??? made in this communication are covered by Texas Rule of Evidence 410 and 503, and are not admissible against the Defendant/Plaintiff/Petitioner/Respondent/Relator/True-Party-in-Interest/Client/  and/or witness as the case may be.
*************************************************************************************************************************
*******************************************************************************************

**From:** Baker Beers <b2beers@BeersLaw.net>
**Sent:** Thursday, May 26, 2022 1:13 PM
**To:** EastProLaw . <eastprolaw@msn.com>; Brad Beers <BBeers@BeersLaw.net>; Susan Norman <suenorman@suenormanlaw.com>
**Subject:** RE: LLP

Michael,

Attached please find the preliminary formation documents. Let me know if I can file.

Thanks,
Baker

**From:** EastProLaw . <eastprolaw@msn.com>
**Sent:** Monday, May 23, 2022 9:58 AM
**To:** Baker Beers <b2beers@BeersLaw.net>; Brad Beers <BBeers@BeersLaw.net>; Susan Norman <suenorman@suenormanlaw.com>
**Subject:** LLP

Baker, the name of the LLP will be:  Lewis, Brisbois as seen in this DBA certificate;

President: Michael Joseph Bitgood
VP: Susan C. Norman
Treasurer: Michael Joseph Bitgood

Sec: Susan C. Norman

The business address is the same as the dba address: 503 FM 359-130, Suite 116, Richmond, Texas, 77406-2195

Registered Agent: Baker Beers Esq.

Please get this done, so I can file it ASAP

Thank you

2

**EXHIBIT 2**   BEERS 000022

| | |
|---|---|
| **From:** | Baker Beers |
| **Sent:** | Wednesday, June 1, 2022 11:53 AM |
| **To:** | EastProLaw .; Brad Beers; Susan Norman |
| **Subject:** | RE: LLP |
| **Attachments:** | Lewis Brisbois . CoF . Acknowledgment . 2022 05 26.pdf; Lewis Brisbois . CoF . Certificate . 2022 05 26.pdf; Lewis Brisbois . CoF . Original . 2022 05 26.pdf; Lewis Brisbois . DBA . Filing . 2022 06 01.pdf; Lewis Brisbois . DBA . Receipt . 2022 06 01.pdf |

Michael,

Attached please find the documentation for the Lewis Brisbois certificate of formation and the assumed name certificate. Please note, the assumed name certificate is valid in all Texas counties until May 31, 2032. Please let me know if you have any questions.

Best,
Baker

**From:** EastProLaw . <eastprolaw@msn.com>
**Sent:** Thursday, May 26, 2022 1:21 PM
**To:** Baker Beers <b2beers@BeersLaw.net>; Brad Beers <BBeers@BeersLaw.net>; Susan Norman <suenorman@suenormanlaw.com>
**Subject:** Re: LLP

Yes, please proceed.
SEND ME  FILE STAMPED COPY AS APPROVED BY SOS


This E-mail, including attachments, is privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C.  2510-2521, 2701-2710.  The contents of this communication are intended for the sole use of the intended recipient, and any disclosure, dissemination, distribution, or duplication thereof without the express, written consent of the sender is strictly prohibited.  If you are not the intended recipient, please immediately notify the sender by return email, delete this communication (including any attachments transmitted herewith) from your email box, and refrain from disclosing the contents thereof to anyone, using it for any purpose, or storing or copying it into any medium.  Any and all matters discussed or referenced or ???statements??? made in this communication are covered by Texas Rule of Evidence 410 and 503, and are not admissible against the Defendant/Plaintiff/Petitioner/Respondent/Relator/True-Party-in-Interest/Client/  and/or witness as the case may be.
*************************************************************************************************************************
***********************************************************************************************

**From:** Baker Beers <b2beers@BeersLaw.net>
**Sent:** Thursday, May 26, 2022 1:13 PM
**To:** EastProLaw . <eastprolaw@msn.com>; Brad Beers <BBeers@BeersLaw.net>; Susan Norman <suenorman@suenormanlaw.com>
**Subject:** RE: LLP

Michael,

1

**EXHIBIT 2**                                                            BEERS 000023

Attached please find the preliminary formation documents. Let me know if I can file.

Thanks,
Baker

---

**From:** EastProLaw . <eastprolaw@msn.com>
**Sent:** Monday, May 23, 2022 9:58 AM
**To:** Baker Beers <b2beers@BeersLaw.net>; Brad Beers <BBeers@BeersLaw.net>; Susan Norman <suenorman@suenormanlaw.com>
**Subject:** LLP

Baker, the name of the LLP will be:  Lewis, Brisbois as seen in this DBA certificate;

President: Michael Joseph Bitgood
VP: Susan C. Norman
Treasurer: Michael Joseph Bitgood
Sec: Susan C. Norman

The business address is the same as the dba address: 503 FM 359-130, Suite 116, Richmond, Texas, 77406-2195

Registered Agent: Baker Beers Esq.

Please get this done, so I can file it ASAP

Thank you

**EXHIBIT 2**

BEERS 000024

| | | |
|---|---|---|
| Corporations Section<br>P.O.Box 13697<br>Austin, Texas 78711-3697 |  | John B. Scott<br>Secretary of State |

# Office of the Secretary of State

May 31, 2022

Attn: Beers Law Firm
Beers Law Firm
5020 Montrose Blvd., Ste. 700
Houston, TX 77006 USA

RE: Lewis Brisbois Bisgaard & Smith, LLP
---- File Number: 804584868
File Date: 05/26/2022

It has been our pleasure to file the application for registration as a limited liability partnership for the referenced partnership. Enclosed is the certificate evidencing filing of the application. Payment of the filing fee is acknowledged by this letter.

Unless exempted, limited liability partnerships are subject to state tax laws, including franchise tax laws. Shortly, the Comptroller of Public Accounts will be contacting the partnership for information that will assist the Comptroller in setting up the franchise tax account. Information about franchise tax, and contact information for the Comptroller's office, is available on their web site at https://window.state.tx.us/taxinfo/franchise/index.html.

Effective January 1, 2016, a partnership that registers as a limited liability partnership is required to file an annual report with the Secretary of State no later than June 1 of each year following the calendar year in which the application for registration takes effect. No later than March 31 of each year, the Secretary of State will notify each partnership with an effective registration as of December 31 of the preceding year of the need to file the annual report and applicable filing fee. Failure to file the annual report may result in the termination of the partnership's registration as a limited liability partnership.

Please note that the Secretary of State does not review the names of limited liability partnerships to determine whether the entity name is the same as, deceptively similar to, or similar to an existing name registered or reserved with the Secretary of State.

If we can be of further service at any time, please let us know.

Sincerely,
Corporations Section
Business & Public Filings Division
(512) 463-5555
Enclosure



*Come visit us on the internet at https://www.sos.texas.gov/*

| | | |
|---|---|---|
| Phone: (512) 463-5555 | Fax: (512) 463-5709 | Dial: 7-1-1 for Relay Services |
| Prepared by: Carol Covey | TID: 10224 | Document: 1151816630002 |

**EXHIBIT 2**

BEERS 000025

| | | |
|---|---|---|
| Corporations Section<br>P.O.Box 13697<br>Austin, Texas 78711-3697 |  | John B. Scott<br>Secretary of State |

# Office of the Secretary of State

### CERTIFICATE OF FILING
### OF

### Lewis Brisbois Bisgaard & Smith, LLP
File Number: 804584868

The undersigned, as Secretary of State of Texas, hereby certifies that the Registration of a Limited Liability Partnership for the above named entity has been received in this office and has been found to conform to the applicable provisions of law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing filing effective on the date shown below.

Dated: 05/26/2022

Effective: 05/26/2022



John B. Scott
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

| | | |
|---|---|---|
| Phone: (512) 463-5555 | Fax: (512) 463-5709 | Dial: 7-1-1 for Relay Services |
| Prepared by: Carol Covey | TID: 10307 | Document: 1151816630002 |

**EXHIBIT 2**

BEERS 000026

| Form 701 | | |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: See Instructions | <br><br>**Registration of a<br>Limited Liability Partnership** | **Filed in the Office of the<br>Secretary of State of Texas<br>Filing #: 804584868 05/26/2022<br>Document #: 1151816630002<br>Image Generated Electronically<br>for Web Filing** |

1. The name of the partnership is:
   **Lewis Brisbois Bisgaard & Smith, LLP**

2. The partnership is a: **general partnership.**

3. A.☒ The federal employer identification number is **882509410**
   B.☐ The partnership has not obtained a federal employer identification number at this time.

4. The street address of the partnership's principal office in this state or outside of this state, as applicable, is
   **503 FM 359-130, Suite 116, Richmond, TX, USA 77406-2195**

5. The number of partners in the partnership at the date of the application is **2** .

6. The partnership's business is:
   **Mediation and related services.**

**Effectiveness of Filing**

☒A. This document becomes effective when the document is filed by the secretary of state.
**OR**
☐B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

**Execution**

The undersigned person or persons sign this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: **May 26, 2022**

**Michael Bitgood**

Signature(s)of a majority-in-interest of the partners, or by one
or more of the partners authorized by a majority-in-interest.

FILING OFFICE COPY

**EXHIBIT 2**

BEERS 000027

6/1/22, 11:43 AM                                                                        FORMATION FILING

# TEXAS SECRETARY of STATE
## JOHN B. SCOTT

BUSINESS ORGANIZATIONS FILING

Please review the document displayed for accuracy. If corrections must be made press 'Edit Filing'. When complete press 'Submit Filing' to submit this filing.

[ Submit Filing  (Fee: $25.00) ]   [ Edit Filing ]   [ Cancel Filing ]

Fees paid by credit card are subject to the statutorily authorized convenience fee of 2.7% of total fees.

There are some fields displayed in the document by retrieving information from the SOS database, such as registered agent and office. The registered agent and office cannot be changed in the assumed name certificate. If you need to change the registered agent or office, the filing to submit the change can be done following the submission of the assumed name certificate.



Office of the Secretary of State
Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697
**(Form 503)**

ASSUMED NAME CERTIFICATE
FOR FILING WITH THE SECRETARY OF STATE

1. The assumed name under which the business or professional service is or is to be conducted or rendered is:
   Lewis Brisbois Bisgaard & Smith

2. The name of the entity as stated in its certificate of formation, application for registration, or comparable document is:
   Lewis Brisbois Bisgaard & Smith, LLP

3. The state, country, or other jurisdiction under the laws of which it was incorporated, organized or associated is TEXAS

4. The period, not to exceed 10 years, during which the assumed name will be used is : 05/31/2032

5. The entity is a : Domestic Limited Liability Partnership (LLP)

6. The entity's principal office address is:
   503 FM 359-130, Suite 116, R, TX, USA 77406-2195

7. The county or counties where business or professional services are being or are to be conducted or rendered under such assumed name are:
   ALL COUNTIES

8. The undersigned, if acting in the capacity of an attorney-in-fact of the entity, certifies that the entity has duly authorized the attorney-in-fact in writing to execute this document. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

**EXHIBIT 2**                                                                              BEERS 000028

6/1/22, 11:43 AM | FORMATION FILING

[Lewis Brisbois Bisgaard & Smith, LLP](#)
**Name of the entity**

By: [Brad Beers](#)
**Signature of officer, general partner, manager, representative or attorney-in-fact of the entity**

**FILING OFFICE COPY**

**EXHIBIT 2**

BEERS 000029

6/1/22, 11:46 AM  BUSINESS ORGANIZATIONS FILING

# TEXAS SECRETARY of STATE
# JOHN B. SCOTT

Corporations Section  
P.O.Box 13697  
Austin, Texas 78711-3697



John B. Scott  
Secretary of State

**Office of the Secretary of State**

**Transaction Receipt**

Session ID: 060122TZ3640  
Document #: 1152736520003  
June 1, 2022

SOSDirect has received your document submission or your order for copies of or certificates related to records on file with the secretary of state. This receipt is not evidence that the secretary of state has approved the document for filing. All documents must be reviewed for statutory compliance before filing. You will be notified by email when the document is filed or rejected and when the order has been processed. Please make note of the document number referenced above so that you may track the progress of the document or order.

Expected response times for the following are:

- Filings within 10-12 business days;
- Copies (certified or plain) within 4 business days.

If you are not in receipt of your notification within this timeframe, please contact sosdirect@sos.texas.gov or call (512) 475-2755 for assistance.

Thank you for allowing us to assist you with your request. To return to the Business Organizations menu, please click here.

**EXHIBIT 2**

**BEERS 000030**