10:23

‹ 11



Michael Bitgood ›

Thu, May 26, 11:30 AM

> I am going to file the LLP right now

> Do you want me to file the state wide DBA as well?

Can I take a look at it please and I didn't know you could do a statewide DBA

> Ok

I'm in front of my desk so I can see if you send it

> I need a EIN

What is an EIN

Thu, May 26, 1:13 PM

> Sent you an email; prelim formation docs to approve



Going online now

EXHIBIT 3                                    BEERS 000011

10:24

 11

**Michael Bitgood**

Thu, May 26, 1:13 PM

> Sent you an email; prelim formation docs to approve

👍

Going online now

I was calling to give you my credit card info if you want it

1 Reply

Go ahead and file Susan just checked it still expired it's ours the moment you press send

> I was calling to give you my credit card info if you want it

> Will just bill it to you, no markup

> Kind of you to offer though

Call me when it's done or text me when it's done when you get a stamped copy that says it

EXHIBIT 3     BEERS 000012

10:24  

< 11



**Michael Bitgood** >

> **Kind of you to offer though**

Call me when it's done or text me when it's done when you get a stamped copy that says it belongs to us so I can create our letterhead

> **It's done**

They do send you back a confirmation receipt don't they?

> **It needs to be approved still but that should happen soon**

> **Yes, Will email when I receive it**

It normally takes them an hour or so but please email it to me the second you get it

I'm gonna go take my nap so if you text me I'm not ignoring you send me an email when it's all stamped and approved

Fri, May 27, 10:04 AM

  iMessage 

      

**EXHIBIT 3**   **BEERS 000013**



**Michael Bitgood**

letterhead

It's done

They do send you back a confirmation receipt don't they?

It needs to be approved still but that should happen soon

Yes, Will email when I receive it

It normally takes them an hour or so but please email it to me the second you get it

I'm gonna go take my nap so if you text me I'm not ignoring you send me an email when it's all stamped and approved

Fri, May 27, 10:04 AM

Anything back from the secretary of state yet?

Not yet

Delivered

BEERS 000014

**EXHIBIT 3**