# BEERS LAW FIRM
**www.BeersLaw.net**

**Brad Beers**  
5020 Montrose Blvd., Suite 700  
Houston, Texas  77006

**Baker Beers**  
713-654-0700 Telephone  
713-654-9898 Facsimile

November 2, 2022

Michael Bitgood  
P. O. Box 52518  
Houston, TX 77002

**Professional services rendered:**   **Tax ID: 76-0504098**

Invoice No. 2022 - 01382  
Matter No.     1424.01  
Regarding:     Bitgood (General)

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 5/22/2022 | B2 | Telephone call with Michael Bitgood. | 0.25 | $37.50 |
| 5/26/2022 | B2 | Work on formation of Lewis Brisbois limited liability partnership; telephone call with Michael Easton re: the same. | 1.00 | $150.00 |
| 5/26/2022 | B2 | Telephone call with Michael Bitgood. | 0.00 | $0.00 |
| 6/01/2022 | B2 | Work on limited partnership entity filings; correspond with client re: the same. | 0.25 | $37.50 |
| 6/01/2022 | B2 | Finalize limited partnership formation documents; correspond with Michael Bitgood and Susan Norman re: the same. | 0.50 | $75.00 |

Total Fees     $300.00

**Expenses**

<span style="color:red">EXHIBIT 4</span>     BEERS 000039

Regarding: Bitgood (General)
Invoice No. 2022 - 01382
Page 2

| Start Date | Description | Charges |
|---|---|---|
| 5/26/2022 | Filing fees, limited liability partnership, Texas Secretary of State, Lewis Brisbois. | $410.80 |
| 6/01/2022 | Filing fees - dba re: Lewis Brisbois with Secretary of State. | $25.68 |

|  | Total Expenses | $436.48 |
|---|---|---|
| Total New Charges |  | $736.48 |

**Staff Summary**

| Name | Hours | Rate | Fees |
|---|---|---|---|
| Baker Beers | 2.00 | $150.00 | $300.00 |

EXHIBIT 4          BEERS 000040