1       IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF TEXAS
2                  HOUSTON DIVISION

3  Lewis Brisbois Bisgaard &    §
      Smith, LLP,               §
4        Plaintiff,             §
                                §
5  v.                           § Civil Action No.:
                                § 4:22-cv-3279
6  Michael Joseph Bitgood a/k/a §
      "Michael Easton," et al.  §
7        Defendants.            §
   *******************************************
8           ORAL AND VIDEOTAPED DEPOSITION OF

9                     BRADLEY BEERS

10                     VOLUME 2

11                 DECEMBER 7, 2023

12 *******************************************

13          ORAL AND VIDEOTAPED DEPOSITION OF

14 BRADLEY BEERS, produced as a witness at the instance

15 of the Plaintiff, and duly sworn, was taken in the

16 above-styled and numbered cause on Thursday,

17 December 7, 2023, from 11:36 a.m. to 12:23 p.m.,

18 before Cassandra Lee, CSR in and for the State of

19 Texas, recorded by machine shorthand, at the offices

20 of MUNCK WILSON MANDALA LLP, 1330 Post Oak Boulevard,

21 Suite 2850, Houston, Texas, pursuant to the Federal

22 Rules of Civil Procedure and the provisions stated on

23 the record or attached hereto; that the deposition

24 shall be read and signed before any notary public.

25                   JOB NO. 17583

**EXHIBIT 6**

A P P E A R A N C E S

COUNSEL FOR THE PLAINTIFF:
    Mr. Bennett G. Fisher
    LEWIS BRISBOIS BISGAARD & SMITH, LLP
    24 Greenway Plaza, Suite 1400
    Houston, Texas 77046
    Phone: (713) 659-6767
    E-mail: bennett.fisher@lewisbrisbois.com

DEFENDANT MICHAEL JOSEPH BITGOOD A/K/A MICHAEL EASTON, APPEARING PRO SE:
    Mr. Michael J. Bitgood a/k/a Michael Easton
    (Via videoconference)
    EASTPROLAW
    503 FM 359, Suite 130-216
    Richmond, Texas 77469
    Phone: (281) 415-8655
    E-mail: Eastprolaw@msn.com

COUNSEL FOR THE DEFENDANT BRADLEY BEERS:
    Mr. Samuel Wallace Dunwoody, IV (Via videoconference)
    MUNCK WILSON MANDALA LLP
    12770 Coit Road, Suite 600
    Dallas, Texas 75251
    Phone: (972) 628-3636
    E-mail: wdunwoody@munckwilson.com

THE VIDEOGRAPHER:
    Mr. Randall Barrett

1    A    I don't believe I discovered that and I did
2  not have any conversation with her about that.
3    Q    (By Mr. Fisher) Okay.  After the lawsuit was
4  filed, you still didn't have any conversations with
5  her about whether she should be using the name Lewis,
6  Brisbois, Bisgaard & Smith in any form?
7    A    After this law --
8         MR. BITGOOD:  Objection to the form.
9         What lawsuit?  Please be specific.  We
10 have a bunch of lawsuits between us.
11   Q    (By Mr. Fisher) The only lawsuit we're
12 talking about is the one that you're appearing for
13 your deposition in today.  So the lawsuit in federal
14 court in front of Keith Ellison.
15   A    I did not have --
16        MR. BITGOOD:  Okay.  Thank you, sir.
17   A    I did not --
18        MR. BITGOOD:  Thank you, Mr. Fisher.
19   A    I did not have any conversation with her
20 about whether the lawsuit -- I'm sorry -- whether she
21 should or should not continue to use the partnership
22 after this lawsuit was filed.
23   Q    (By Mr. Fisher) Okay.  Did you advise Sue
24 Norman to dissolve the partnership that was formed
25 that is of the same name as my law firm?

1    A    No.

2    Q    Did you advise Mr. Bitgood to dissolve the
3 partnership that you helped form that is known as
4 Lewis, Brisbois, Bisgaard & Smith, LLP, a Texas
5 general partnership?

6    A    No.

7    Q    Did you ever have any conversations with Sue
8 Norman about whether using the name Lewis, Brisbois,
9 Bisgaard & Smith as an entity that she was a part of
10 was a good idea or shouldn't be done or any words to
11 that effect?

12    A    Not that --

13        MR. DUNWOODY:  Objection; form.

14        MR. BITGOOD:  Object to form.

15    A    Not that I recall.

16    Q    (By Mr. Fisher) So it was possible that
17 you did have a conversation with her regarding the
18 propriety of using the name Lewis, Brisbois,
19 Bisgaard & Smith?

20        MR. BITGOOD:  Objection; form.

21    A    I don't believe so.  I just don't recall
22 having any conversations with Ms. Norman about the
23 partnership.

24    Q    (By Mr. Fisher) Do you know whether your son
25 and associate, Baker Beers, had any conversations with

1  written partnership agreement?
2      A    I do not believe that he did.
3           MR. BITGOOD:  Object to the form.
4  Objection; form.
5      Q    (By Mr. Fisher) Did you ask Ms. Norman
6  whether she knew that there was a law firm in town
7  named Lewis, Brisbois, Bisgaard & Smith?
8      A    No.
9      Q    Did you ask Mr. Bitgood if he knew that
10 there was a law firm in town named Lewis, Brisbois,
11 Bisgaard & Smith?
12     A    No.
13     Q    Do you know whether they knew that there was
14 a law firm in town named Lewis, Brisbois --
15          MR. BITGOOD:  Objection --
16     Q    (By Mr. Fisher) -- Bisgaard & Smith?
17          MR. BITGOOD:  Objection; form, calls
18 for speculation.
19     A    I believe they did.
20     Q    (By Mr. Fisher) Okay.  You had conversations
21 with them that led you to believe that they already
22 knew that there was a law firm named Lewis, Brisbois,
23 Bisgaard & Smith?
24          MR. DUNWOODY:  Objection; form.
25     A    My recollection is the firm had filed

1      MR. BITGOOD:  Objection; form.
2      Q    (By Mr. Fisher) -- or a bad idea?
3      MR. BITGOOD:  Objection; form.
4      A    I don't recall having a discussion at all
5 with Mrs. Norman about the filing of the entity.  With
6 regard to Mr. Bitgood, I don't believe I had a
7 discussion with him about whether it was a good idea
8 or a bad idea.  The California entity had lost the
9 authority to do business in Texas and it was possible
10 to register the name in Texas because the California
11 entity had lost the authority to do business.
12     Q    (By Mr. Fisher) So you thought it was okay
13 to set up an entity named Lewis, Brisbois, Bisgaard &
14 Smith, LLP with Mr. Bitgood and Ms. Norman --
15          MR. DUNWOODY:  Objection; form.
16     Q    (By Mr. Fisher) -- in Texas in June of 2022
17 or late -- late May of 2022?
18     A    I thought in -- I thought in late May of
19 2022, they had the legal right, if they wanted to form
20 an entity by that name, to form that entity in Texas
21 because it was available and the predecessor entity
22 had lost its authority and forfeited its right to do
23 business in Texas.
24     Q    Have you understood all my questions?
25     A    I believe so.

1      IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
2                  HOUSTON DIVISION

3   Lewis Brisbois Bisgaard &    §
       Smith, LLP,               §
4        Plaintiff,              §
                                 §
5   v.                           § Civil Action No.:
                                 § 4:22-cv-3279
6   Michael Joseph Bitgood a/k/a §
       "Michael Easton," et al.  §
7        Defendants.             §

8

9              REPORTER'S CERTIFICATION
         ORAL AND VIDEOTAPED DEPOSITION OF
10                  BRADLEY BEERS
                     VOLUME 2
11                DECEMBER 7, 2023

12

13         I, CASSANDRA LEE, a Certified Shorthand

14   Reporter in and for the State of Texas, hereby certify

15   to the following:

16         That the witness, BRADLEY BEERS, was duly

17   sworn by the officer and that the transcript of the

18   oral deposition is a true record of the testimony

19   given by the witness;

20         That the deposition transcript was submitted

21   on _____, 20____, to the witness, or to the

22   attorney for the witness, for examination, signature,

23   and return to Infinity Reporting Group, LLC, by

24   _____, 20____;

25         That the amount of time used by each party

1  at the deposition is as follows:

2                  MR. BENNETT G. FISHER - 00:40

3                  MR. MICHAEL J. BITGOOD A/K/A
                   MICHAEL EASTON - 00:07
4
                   MR. SAMUEL WALLACE DUNWOODY
5                  IV - NONE

6         That pursuant to information given to the
   deposition officer at the time said testimony was
7  taken, the following includes counsel for all parties
   of record:
8          MR. BENNETT G. FISHER, ATTORNEY FOR PLAINTIFF

9          MR. MICHAEL J. BITGOOD A/K/A MICHAEL EASTON,
   APPEARING PRO SE
10
           MR. SAMUEL WALLACE DUNWOODY, IV, ATTORNEY FOR
11 DEFENDANT BRADLEY BEERS

12        I further certify that I am neither counsel

13 for, related to, nor employed by any of the parties or

14 attorneys in the action in which this proceeding was

15 taken, and further that I am not financially or

16 otherwise interested in the outcome of the action.

17        Certified to by me this the ____ day of
   _____, 20___.
18

19

20        _____
          CASSANDRA LEE, TX CSR NO. 8900
21        Expiration Date:  02/28/24
          INFINITY REPORTING GROUP, LLC
22        Firm Registration No. 782
          11200 Richmond Avenue, Suite 410
23        Houston, Texas 77082
          Phone: 832-930-4484
24

25                 JOB NO. 17583

**EXHIBIT 6**