UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH, LLP, § § § Plaintiff, § § v. § § MICHAEL JOSEPH BITGOOD, a/k/a § "Michael Easton," et al., § § Defendants. § | Case No. 4:22-cv-3279 |

# **ORDER**

Defendant Michael Bitgood has filed three related motions that urge the Court to take judicial notice of various state court records (ECF No. 203, 213, 219). The Court is aware of the litigation history between and involving the parties and will refer to that history as appropriate in resolving the pending motions for summary judgment.

The parties should focus less on the litigation history than on the question of whether additional filings serve any interest, or, conversely, simply expose all involved to judicial sanction.

**SIGNED** at Houston, Texas, on this the 18th day of December, 2023.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE