United States District Court
Southern District of Texas
**ENTERED**
January 29, 2024
Nathan Ochsner, Clerk

## In the United States District Court
## for the Southern District of Texas, Houston Division

| | |
|---|---|
| **Lewis Brisbois Bisgaard & Smith, LLP,**<br>    Plaintiff, | **Civil Action No. 4:22-cv-3279** |
| v. | |
| **Michael Joseph Bitgood a/k/a "Michael Easton," *et al.***<br>    Defendants. | **Jury Demanded** |

## <u>ORDER</u>

By stipulation of Plaintiff Lewis Brisbois Bisgaard & Smith, LLP, and Defendants Bitgood, Norman, and Beers, the deadlines to supply the names of the witnesses that Defendants seek to depose, along with the briefing the Court ordered concerning the need for this discovery, (Dkt.264) is reset from February 6th 2024, to Monday, February 12th 2024. Plaintiff may respond by Monday, February 19th 2024.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 29th day of January, 2024.

Keith P. Ellison
United States District Judge