United States District Court
Southern District of Texas
**ENTERED**
March 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH, LLP, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:22-cv-3279 |
| MICHAEL JOSEPH BITGOOD, a/k/a "Michael Easton," et al., | § § § § | |
| Defendants. | § § | |

## ORDER

Defendants Bitgood and Norman have requested leave to file a document noticing depositions and objecting to portions of the Court's Order entered yesterday (ECF No. 280). Defendants need not file notices of depositions with the Court; the Federal Rules merely require "reasonable written notice to every other party." FED. R. CIV. P. 30(b). The arguments raised in Defendants' objections to the Court's Order have been made in numerous other filings and lack merit. Defendants' request for leave is therefore **DENIED**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 29th day of February, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1