United States District Court
Southern District of Texas
**ENTERED**
March 07, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD & SMITH, LLP,** § § § | |
| **Plaintiff,** § § | |
| v. § § | Case No. 4:22-cv-3279 |
| **MICHAEL JOSEPH BITGOOD, a/k/a "Michael Easton," et al.,** § § § § | |
| **Defendants.** § | |

# ORDER

After communicating with the parties via email, the Court sets the following schedule for depositions to occur at 515 Rusk St., Courtroom 3A, Houston, Texas, 77002. Unless otherwise stipulated to by the parties, the depositions will occur in the order listed herein.

- **Wednesday, March 13, 2024, at 1 p.m.** (and, if needed, **Thursday, March 14, 2024 at 2:30 p.m.**): depositions of Norman Giles, Bill Helfand, and Bennett Fisher.

- **Monday, April 1, 2024, at 10:00 a.m.**: depositions of Meredith Riede and David Oubre.

Parties shall provide their own court reporter, and Defendants (the noticing party) shall pay associated costs. FED. R. CIV. P. 30(b)(3). The Court expects that deposition questions will be relevant to parties' claims or defenses and will not unreasonably annoy, embarrass, or oppress any deponents or parties. FED R. CIV P. 26(b)(1), 30(d)(3). The Court will be available to rule on evidentiary objections and any other disagreements between or among the parties and their counsel.

1

To account for the fact that scheduling conflicts required two depositions to take place three days after the original discovery deadline, the motions deadlines set forth in the Court's February 28, 2024 Order (ECF No. 280) are amended as follows:

- Defendants may respond to Plaintiff's Motion for Summary Judgment on or before **Monday, April 8, 2024**. Plaintiff may file a reply on or before **Monday, April 15, 2024**.

- Defendants (apart from Defendant Beers, who has already filed a Motion for Summary Judgment) may file a Motion for Summary Judgment on or before **Monday, April 29, 2024**.

Parties can expect that the Court will not alter the deposition dates and motion deadlines set forth herein absent a showing of good cause.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 7th day of March, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE