United States District Court
Southern District of Texas
**ENTERED**
April 02, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LEWIS BRISBOIS BISGAARD & SMITH, LLP, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL JOSEPH BITGOOD, a/k/a "Michael Easton," et al., <br><br> Defendants. | § § § § § § § § § § § § § Case No. 4:22-cv-3279 |

## ORDER

Defendant Bitgood has sent numerous emails to the Court requesting leave to file various documents and motions. Defendant's request for leave is hereby **DENIED**. *See* ECF No. 280.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 2nd day of April, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1