United States District Court
Southern District of Texas
**ENTERED**
September 09, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| Lewis Brisbois Bisgaard & Smith, LLP,<br>       Plaintiff,<br>v.<br>Michael Joseph Bitgood a/k/a "Michael Easton," *et al.*<br>       Defendants. | Civil Action No. 4:22-cv-3279<br><br>Jury Demanded |

## PERMANENT INJUNCTION

After consideration of Plaintiff Lewis Brisbois Bisgaard & Smith, LLP's application for a permanent restraining order, all evidence submitted by any party, and admissions and argument of counsel and the *pro se* Defendant, and consistent with the Court's order on the parties' cross motions for summary judgment [Doc. 325], the findings of facts and conclusion of law of which are incorporated by this reference, Plaintiff's application for permanent restraining order should be and hereby is **GRANTED**. It is therefore;

**ORDERED** that Defendants, Michael Joseph Bitgood a/k/a Michael Easton, Susan Norman, and Bradley Beers, and any person or entity acting at the suggestion, request of, or in concert with any Defendant are immediately restrained from using, directly or indirectly, in any manner, any trademark owned by Plaintiff, including but not limited to the name Lewis Brisbois Bisgaard & Smith, LLP, the name Lewis Brisbois, and/or the initials "LB" or "LBBS" or any variation or derivative of those names in any manner and for any purpose, and from claiming ownership, authority over, or the right to own or use such trademarks or names, or any variation or derivative thereof, in any manner in any way or for any purpose at any time. It is further;

**ORDERED** that all Defendants shall, within ten (10) days of the date of this Order, remove all instances of the trademarks and trade names Lewis Brisbois Bisgaard & Smith, LLP, the name Lewis Brisbois, and/or the initials "LB" or "LBBS" or any variation or derivative of those names

from all websites, social media accounts, marketing materials, and any other medium under each Defendant's control. It is further;

**ORDERED** that each Defendant shall, within fourteen (14) days of the date of this Order, file with the Court and serve on the Plaintiff, a report in writing and under oath setting forth in detail the manner and form by which each Defendant has complied with this Order. It is further;

**ORDERED** that all Defendants and any person or entity acting at the suggestion, request, of or in concert with any Defendant are immediately and permanently restrained from holding themselves out as current or former members of, representatives of, or otherwise having any relationship with or to Lewis Brisbois Bisgaard & Smith, LLP or as being in any way affiliated with Lewis Brisbois Bisgaard & Smith, LLP at any time in any manner. It is further;

**ORDERED** that the Court shall retain jurisdiction over this matter for the purpose of enforcing this Order and addressing any reported violations thereof.

**SIGNED** at Houston, Texas, on this the 6th day of September, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE