United States District Court
Southern District of Texas
**ENTERED**
September 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LEWIS BRISBOIS BISGAARD AND SMITH LLP,** § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-03279 |
| § § | |
| **MICHAEL JOSEPH BITGOOD,** *et al.*, § § | |
| Defendants. § § | |

## ORDER

Defendant Michael Joseph Bitgood has requested the Court vacate the Memorandum & Order in this case dated August 14, 2024, ECF No. 325, and has requested an evidentiary hearing on statutory damages, which have already been awarded by the Court, ECF No. 341. Defendant's Motion is hereby **DENIED.** *See* ECF No. 344.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 20th day of September, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE