**Motion to Strike Granted and Order filed May 2, 2023**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

NO. 14-22-00694-CV

———————

**MICHAEL JOSEPH BITGOOD A/K/A MICHAEL EASTON, Appellant**

V.

**KARINA MARTINEZ, MARIANNA SULLIVAN, AND IMPERIAL LOFTS, LLC, Appellees**

———————

On appeal from County Court at Law No. 3
Of Fort Bend County
Trial Court No. 22-CCV-070378

———————

## ORDER

Appellant's motion to strike the motion to dismiss filed by David Oubre and Lewis Brisbois Bisgaard & Smith, LLP, is GRANTED.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Spain.

Exhibit 2 - 10-8-24
Page 1 of 1