FILED
24-0444
9/3/2024 10:52 AM
tex-91571301
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

No. 24-0444

IN THE SUPREME COURT OF TEXAS

---

**Michael Joseph Bitgood a/k/a Michael Easton**
Petitioner

v.

**Karina Martinez, Marianna Sullivan, and Imperial Lofts**
Respondents

---

On Petition for Review from No. 14-22-00694-CV
Court of Appeals
Fourteenth Judicial District

---

On Interlocutory Appeal
From the County Court at Law No. 3
of Fort Bend County, Texas
Trial Court Case No. 22-CCV-070378

---

Petitioner's Notice of Non-suit
Without Prejudice Pursuant to Rule 162

---

> Brad Beers
> SBOT:  02041400
> 5020 Montrose Blvd., Suite 700
> Houston, Texas 77006
> 713-654-0700
> Brad@Beers.law
>   Attorney for Michael Bitgood
>   a/k/a Michael Easton

Exhibit 3 - 10-8-24
Page 1 of 4

**TO THE HONORABLE TEXAS SUPREME COURT:**

Petitioner, Michael Joseph Bitgood, a/k/a/ Michael Easton, files this notice of non-suit without prejudice pursuant to Texas Rule of Civil Procedure 162 and in accord with *Morath v. Lewis*, 601 S.W.3d 785 (Tex. 2020). This is an interlocutory appeal from County Court at Law No. 3 of Fort Bend County where Petitioner is Plaintiff.

Respondents <u>did not</u> seek an extension of time to file their cross petition for review and have filed no petition for review, but rather Respondents invoked the arbitration process in connection with these claims and as such abandoned their claims in this Court. Thus, under *Morath* and because this was an interlocutory appeal, this non-suit is effective immediately and requires that this Court enter the non-suit and end the litigation in this Court.

**Prayer**

Wherefore, Petitioner prays that the Court take notice of Petitioner's non-suit without prejudice and enter an order of such non-suit without prejudice.

> Respectfully submitted,
> /s/ Brad Beers
> Brad Beers
> SBOT:  02041400
> 5020 Montrose Blvd., Suite 700
> Houston, Texas 77006
> 713-654-0700
> Brad@Beers.law
> Attorney for Michael Bitgood
> a/k/a Michael Easton

Exhibit 3 - 10-8-24
Page 2 of 4

## CERTIFICATE OF COMPLIANCE

This document complies with the typeface requirements of Tex.R.App.P. 9.4(e) because it has been prepared in a conventional typeface no smaller than 14 point for text, and contains 127 words as counted by MS Word Office 365.

## CERTIFICATE OF SERVICE

On September 3, 2024, I certify that I delivered a true and correct copy of this instrument to Texas e-File for distribution.

                                                /s/ Brad Beers

Exhibit 3 - 10-8-24
Page 3 of 4

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below:

Brad Beers on behalf of Brad Beers
Bar No. 02041400
BBeers@BeersLaw.net
Envelope ID: 91571301
Filing Code Description: Motion not Otherwise Listed
Filing Description: Petitioner's Notice of Non-suit Without Prejudice Pursuant to Rule 162
Status as of 9/3/2024 11:00 AM CST

Associated Case Party: MichaelJosephBitgood

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Brad Beers | | BBeers@BeersLaw.net | 9/3/2024 10:52:11 AM | SENT |

Associated Case Party: Marianna MichelleSullivan

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Dylan Russell | 24041839 | Dylan@SorrelsLaw.com | 9/3/2024 10:52:11 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Sherry Shewell | | Sherry@Beers.Law | 9/3/2024 10:52:11 AM | SENT |
| Michael J.Bitgood | | EastProLaw@Outlook.com | 9/3/2024 10:52:11 AM | SENT |

Exhibit 3 - 10-8-24
Page 4 of 4