**Case:**

24-0444

**Date Filed:**

05/29/2024

**Case Type:**

Motion for Extension of Time to File Petition for Review pursuant to Tex. R. App. P. 53.7(f)

**Style:**

MICHAEL JOSEPH BITGOOD A/K/A MICHAEL EASTON

**v.:**

KARINA MARTINEZ, MARIANNA SULLIVAN, AND IMPERIAL LOFTS, LLC

## APPELLATE BRIEFS

| Date | Event Type | Description | Remarks | Document |
|---|---|---|---|---|
| **No briefs.** | | | | |

## CASE EVENTS

| Date | Event Type | Disposition | Remarks | Document | |
|---|---|---|---|---|---|
| 10/02/2024 | Case Stored | | | [ PDF/29 KB ] | Notice |
| 09/03/2024 | Notice received | | Notice of Nonsuit without Prejudice filed on behalf of Michael Joseph Bitgood. | [ PDF/171 KB ] | Notice of Non-s |
| 08/02/2024 | Third Motion for Extension of Time to File Petition for Review disposed | Filing granted | Unopposed Third Motion for Extension of Time to file Petition for Review granted. Petition for Review is due September 3, 2024. FURTHER REQUESTS FOR EXTENSIONS OF TIME FOR THIS FILING WILL NOT BE CONSIDERED. | [ PDF/57 KB ] | Notice |
| 08/02/2024 | Electronic communication sent to Party | | Email sent to counsel for Respondent regarding Motion filed. | | |

Exhibit 4 - 10-8-24
Page 1 of 4

| Date | Event Type | Disposition | Remarks | Document |
|---|---|---|---|---|
| 08/02/2024 | Third Motion for Extension of Time to File Petition for Review filed | | Third Motion for Extension of Time to file Petition for Review filed on behalf of Michael Joseph Bitgood. | [ PDF/36 KB ] 3rd MET to file PR<br>[ PDF/35 KB ] Notice |
| 07/05/2024 | Second Motion for Extension of Time to File Petition for Review disposed | Filing granted | Karina Martinez, et al.'s Second Unopposed Motion for Extension of Time to file Petition for Review granted. Further requests for extensions of time will be disfavored. Petition for Review is due no later than August 2, 2024. | [ PDF/57 KB ]   Notice |
| 07/03/2024 | Second Motion for Extension of Time to File Petition for Review filed | | Unopposed Second Motion for Extension of Time to file Petition for Review filed on behalf of Karina Martinez, et al. | [ PDF/116 KB ] Martinez - 2nd M<br>[ PDF/36 KB ] Notice |
| 07/01/2024 | Second Motion for Extension of Time to File Petition for Review disposed | Filing granted | Second Motion for Extension of Time to file Petition for Review granted. Petition for Review is due August 2, 2024. Further requests for extensions of time for this filing will be disfavored. | [ PDF/56 KB ]   Notice |
| 07/01/2024 | Second Motion for Extension of Time to File Petition for Review filed | | Second Motion for Extension of Time to file Petition for Review filed on behalf of Michael Joseph Bitgood. | [ PDF/35 KB ] MJB 2nd MET to f<br>[ PDF/35 KB ] Notice |
| 06/03/2024 | Motion for Extension of Time to File Petition for Review disposed | Filing granted | Cross-Petitioners' Motion for Extension of Time to file Petition for Review granted. Petition for Review is due no later than July 3, 2024. | [ PDF/50 KB ]   Notice |
| 05/31/2024 | Motion for Extension of Time to File Petition for Review #2 filed | | Cross-Petitioners' Motion for Extension of Time to file Petition for Review filed on behalf of Karina Martinez, et al. | [ PDF/1.06 MB ] Martinez - MET<br>[ PDF/35 KB ] Notice |
| 05/30/2024 | Motion for Extension of Time to File Petition for Review disposed | Filing granted | Motion for Extension of Time to file Petition for Review granted. Petition for Review is due no later than July 3, 2024. | [ PDF/50 KB ]   Notice |
| 05/30/2024 | Clerk's Record | | | |
| 05/30/2024 | Court reporter/recorder's record | | | |

Exhibit 4 - 10-8-24
Page 2 of 4

| Date | Event Type | Disposition | Remarks | Document |
|---|---|---|---|---|
| 05/30/2024 | Clerk's Record | | | |
| 05/30/2024 | Court reporter/recorder's record | | | |
| 05/30/2024 | Supplement to Clerk's/Reporter's Record | | | |
| 05/30/2024 | Supplement to Clerk's/Reporter's Record | | | |
| 05/30/2024 | Supplement to Clerk's/Reporter's Record | | | |
| 05/29/2024 | Motion for Extension of Time to File Petition for Review filed | | Motion for Extension of Time to file Petition for Review filed on behalf of Michael Joseph Bitgood, et al. | [ PDF/29 KB ] MEt to file PFR<br>[ PDF/35 KB ] Notice |

## CALENDARS

| Set Date | Calendar Type | Reason Set | Remarks |
|---|---|---|---|
| 10/02/2024 | Case Stored | Case stored. | e-stored |

## PARTIES

| Party | PartyType | Representative |
|---|---|---|
| Karina Martinez, Marianna Sullivan, and Imperial Lofts, LLC | Respondent | Mr. William S. Helfand<br>Mr. Shane L. Kotlarsky<br>Mr. Sean O'Neal Braun<br>Mr. Bennett G. Fisher<br>Mr. Dylan Russell<br>Mr. David A. Oubre |
| Michael Joseph Bitgood a/k/a Michael Easton | Petitioner | Mr. Brad Beers |

## COURT OF APPEALS INFORMATION:

**COA Case**

14-22-00694-CV

**Disposition**

Dismissed

Exhibit 4 - 10-8-24
Page 3 of 4

**Opinion Cite**

___ SW3d ___, 11-30-23

**COA District**

14th Court of Appeals

**COA Justice**

Honorable Gerald L. '(Jerry)' Zimmerer

## TRIAL COURT INFORMATION

**Court**

County Court at Law #4

**County**

Fort Bend

**Court Judge**

Honorable Juli Mathew

**Court Case**

22-CCV-070378

**Reporter**

**Punishment**

To view or print PDF files you must have the Adobe Acrobat® reader. This software may be obtained without charge from Adobe. Download the reader from the Adobe Web site

Exhibit 4 - 10-8-24
Page 4 of 4