## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Lewis Brisbois Bisgaard and Smith LLP | § § | |
| v. | § § | 4:22-cv-03279 |
| Michael Joseph Bitgood, et al. | § § | |

### DEFENDANTS BEERS', BITGOOD'S, AND NORMAN'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants, Bradley B. Beers, Susan C. Norman, and Michael Joseph Bitgood, hereby give Notice of Appeal to the United States Court of Appeals for the Fifth Circuit, to the court's judgement dated September 13, 2024, and any subsequent orders that may be entered post–judgment.

Respectfully submitted,

/s/Michael Joseph Bitgood  
a/k/a/ Michael Easton  
503 FM 359, Suite 130-216  
Richmond, Texas 77406  
281-415-8655  
EastProLaw@msn.com

/s/ Susan C. Norman  
Susan C. Norman  
State Bar No. 15083020  
P. O. Box 55585  
Houston, Texas 77255  
713-882-2066  
SueNorman@SueNormanLaw.com

### CERTIFICATE OF SERVICE

On this the 14th day of October, 2024, I certify that service was accomplished on all parties by ECF.

/s/ Susan C. Norman  
Susan C. Norman