IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Lewis Brisbois Bisgaard and Smith LLP | § § | |
| v. | § § | 4:22-cv-03279 |
| Michael Joseph Bitgood, et al. | § § | |

**DEFENDANTS BEERS', BITGOOD'S, AND NORMAN'S AMENDED [JOINT] NOTICE OF APPEAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants, Bradley B. Beers, Susan C. Norman, and Michael Joseph Bitgood, collectively, and jointly, hereby give Notice of Appeal to the United States Court of Appeals for the Fifth Circuit, to the court's judgement dated September 13, 2024, and to any subsequent orders that may be entered post–judgment.

Dated: October 14, 2024            Respectfully submitted,

*/s/ Susan C. Norman*
Susan C. Norman
So. District of Texas ID 20492
SBOT 15083020
Law Office of Susan C. Norman
P.O. Box 55585
Houston, Texas 77255
(713) 288-2066 phone
(281) 402-3682 fax
SueNonnan@SueNormanLaw.com

Page -1-

*/s/ S. Wallace Dunwoody*
S. Wallace Dunwoody
Texas State Bar No. 2440838
wdunwoody@munckwilson.com
MUNCK WILSON MANDALA, LLP
12770 Coit Road, Suite 600
Dallas, TX 75251
Telephone: (972) 628-3600
Fax: (972) 628-3616
Attorneys for Defendant Bradley Beers

/s/ Michael Joseph Bitgood
a/k/a/ Michael Easton
503 FM 359, Suite 130-216
Richmond, Texas 77406
281-415-8655
EastProLaw@msn.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of Defendants' Amended [Joint] Notice of Appeal was served on all known counsel of record via CM/ECF on October 14, 2024, in accordance with the local rules and the Federal Rules of Civil Procedure.

*/s/ Susan C. Norman*
Susan C. Norman