# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**Lewis Brisbois Bisgaard & Smith, LLP,**
    Plaintiff,

v.

**Michael Joseph Bitgood a/k/a**
**"Michael Easton,"** *et al.*
    Defendants.

**Civil Action No. 4:22-cv-3279**

**Jury Demanded**

## PLAINTIFF'S SUBMISSION OF ATTORNEY'S FEES

Consistent with the Court's award of attorney's fees to Plaintiff in Section V(C) of the Court's August 14, 2024 Memorandum and Order [Doc. 325], Plaintiff's submits Plaintiff's evidence of Plaintiff's reasonable and necessary attorney's fees incurred in the prosecution of this matter along with the affidavit of Plaintiff's lead counsel in support of Plaintiff's requested award as Exhibit A. Consistent with the Court's prior order and the governing law, Plaintiff requests the Court enter an order awarding Plaintiff the amount of $543,146.81 as reasonable and necessary attorney's fees for Plaintiff's prosecution of claims under the Lanham Act.

Dated: November 1, 2024

Respectfully submitted,

**Lewis Brisbois Bisgaard & Smith LLP**

*/s/ Bennett G. Fisher*
William S. Helfand
Attorney-in-Charge
Texas Bar No. 09388250
Bennett G. Fisher
Texas Bar No. 07049125
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767 Telephone
bill.helfand@lewisbrisbois.com
bennett.fisher@lewisbrisbois.com
**Attorneys for Plaintiff,**
**Lewis Brisbois Bisgaard & Smith, LLP**

148130676.3

1

## CERTIFICATE OF SERVICE

On November 1, 2024, I served all parties through and in accordance with the Court's ECF system and procedures and Michael Bitgood, pro se by email to eastprolaw@msn.com.

> */s/ Bennett G. Fisher*
> Bennett G. Fisher