# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**Lewis Brisbois Bisgaard & Smith, LLP,**
    Plaintiff,

v.

**Michael Joseph Bitgood a/k/a**
**"Michael Easton,"** *et al.*
    Defendants.

Civil Action No. 4:22-cv-3279

Jury Demanded

## ORDER

Consistent with the Court's award of attorney's fees to Plaintiff in Section V(C) of the Court's August 14, 2024 Memorandum and Order [Doc. 325], the Court finds the amount of $543,146.81 to be reasonable and necessary attorney's fees for Plaintiff's prosecution of claims under the Lanham Act. Accordingly, it is therefore;

**ORDERED** that, in addition to the other relief granted, Defendants shall be jointly and severally liable to Plaintiff in the amount of $543,146.81 as reasonable and necessary attorney's fees incurred by Plaintiff in Plaintiff's successful prosecution of claims against all Defendants under the Lanham Act.

Signed this ___ day of _____, 202__.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE