United States District Court
Southern District of Texas
**ENTERED**
November 04, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LEWIS BRISBOIS BISGAARD AND SMITH LLP, § § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-03279 |
| § | |
| MICHAEL JOSEPH BITGOOD *et al.*, § § § | |
| Defendants. § | |

## FINAL JUDGMENT

Plaintiff Lewis Brisbois Bisgaard and Smith LLP brought this suit against Defendants Michael Joseph Bitgood, Richard P. Jones, Susan C. Norman, and Bradley B. Beers on September 23, 2022 (Doc. 1). In a Memorandum & Order signed on August 14, 2024, ECF No. 325, the Court granted in part and denied in part the parties' Motions (ECF Nos. 183, 185, 289, 291). As to LBBS's claims for trademark infringement, unfair competition, and conspiracy to infringe, the Court granted Plaintiff's motion and denied Defendants' motions. As to LBBS's claims for fraud and conspiracy to commit fraud, the Court denied Plaintiff's Motion and granted Defendants' Motions. Those claims were dismissed with prejudice. Further, all claims against Defendant Jones were dismissed without prejudice. Finally, the Court granted LBBS's Motion for a Permanent Injunction (ECF No. 183). The Court denied all other pending motions (ECF Nos. 203, 213, 219, 221, 230, 252, 271, 273, 287, 298, 301, 302, 320) as moot. The Court further granted Plaintiff's application for permanent restraining order on September 6, 2024, ECF No. 340, and signed an order on damages on September 13, 2024, ECF No. 341.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth in the

August 14, 2024 Memorandum & Order and subsequent Orders, final judgment is hereby

**ENTERED** for Plaintiff.

    **IT IS SO ORDERED.**

    **SIGNED** at Houston, Texas on this the 4th day of November, 2024.

                                             KEITH P. ELLISON
                                             UNITED STATES DISTRICT JUDGE