IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Lewis Brisbois Bisgaard and Smith LLP | § | |
| | § | |
| v. | § | **4:22-cv-03279** |
| | § | |
| Michael Joseph Bitgood, et al. | § | |

### DEFENDANTS BEERS', BITGOOD'S, AND NORMAN'S SUPPLEMENTAL NOTICE OF APPEAL

**TO THE CLERK OF THE COURT**:

Defendants Bradley B. Beers, Susan C. Norman, and Michael Joseph Bitgood, hereby give a **supplemental** notice of appeal to the United States Court of Appeals for the Fifth Circuit **in Fifth Circuit Appeal No. 24-20458** (docketed), to the court's judgement dated September 13, 2024, (memorandum), November 4, 2024 (actual rendition), and any subsequent orders that may be entered post–judgment.

Respectfully submitted,

/s/Michael Joseph Bitgood             /s/ Susan C. Norman
a/k/a/ Michael Easton                  Susan C. Norman
503 FM 359, Suite 130-216              State Bar No. 15083020
Richmond, Texas 77406                  P. O. Box 55585
281-415-8655                           Houston, Texas 77255
EastProLaw@msn.com                     SueNorman@SueNormanLaw.com

Page -1-

/s/ *S. Wallace Dunwoody*
S. Wallace Dunwoody
Texas State Bar No. 2440838
wdunwoody@munckwilson.com
MUNCK WILSON MANDALA, LLP
12770 Coit Road, Suite 600
Dallas, TX 75251
Telephone: (972) 628-3600
Fax: (972) 628-3616
Attorney for Defendant Bradley Beers

**CERTIFICATE OF SERVICE**

On this the 17th day of November, 2024, I certify that service was accomplished on all parties by ECF.

/s/ *Susan C. Norman*
Susan C. Norman