UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Lewis Brisbois Bisgaard & Smith, LLP,** | |
| Plaintiff, | Civil Action No. 4:22-cv-3279 |
| v. | **Jury Demanded** |
| **Michael Joseph Bitgood a/k/a "Michael Easton,"** *et al.* | |
| Defendants. | |

## NOTICE OF CHANGE OF ADDRESS

S. Wallace Dunwoody and the law firm of Munck Wilson Mandala, LLP, counsel of record for Defendant Bradley Beers, file this Notice of Change of Address as follows:

As of November 25, 2024, the new address for the Dallas office of Munck Wilson Mandala, LLP will be

Munck Wilson Mandala, LLP
2000 McKinney Ave., Suite 1900
Dallas, Texas 75201

All future mailings, notifications and communications should be directed to S. Wallace Dunwoody at this new address. His phone number and email address will remain the same.

1

Dated: November 21, 2024

Respectfully submitted,

*/s/ S. Wallace Dunwoody*
S. Wallace Dunwoody
Texas State Bar No. 2440838
wdunwoody@munckwilson.com
**MUNCK WILSON MANDALA, LLP**
2000 McKinney Ave., Suite 1900
Dallas, TX 75201
Telephone: (972) 628-3600
Fax: (972) 628-3616

*Attorney for Defendant Bradley Beers*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document was served on all known counsel of record via CM/ECF, on November 21, 2024, in accordance with the local rules and the Federal Rules of Civil Procedure.

*/s/ S. Wallace Dunwoody*
S. Wallace Dunwoody

2