United States District Court
Southern District of Texas

**ENTERED**

December 03, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **LEWIS BRISBOIS BISGAARD AND SMITH LLP,** | § § § | |
| **Plaintiff,** | § § § | |
| **VS.** | § § | **CIVIL ACTION NO. 4:22-CV-03279** |
| **MICHAEL JOSEPH BITGOOD, *et al.*,** | § § § | |
| **Defendants.** | § § | |

## ORDER

Defendants Michael Joseph Bitgood and Susman Norman have filed a Joint Rule 59(e) Motion to Correct Judgment, ECF No. 362, and Joint Opposed Motion to File Response to Plaintiff *Pro Se*'s December 6, 2024 Sur Reply, ECF No. 363. Defendant's Motions are hereby **DENIED.** *See* ECF Nos. 362, 363.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 2nd day of December, 2024.

_____

KEITH P. ELLISON

UNITED STATES DISTRICT JUDGE