UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Lewis Brisbois Bisgaard & Smith LLP §
§
§
§ ACTION NUMBER:
§ 4:22-cv-3279
versus §
§
§
Michael Joseph Bitgood et al. §
§
§

## ABSTRACT OF JUDGMENT

| Date of Judgment Entered: | September 13, 2024 |
|---|---|
| Judgment in Favor of: | Plaintiff |
| Judgment Against: | Michael Joseph Bitgood |
| Amount of Judgment: | $1,000,000.00 |
| Amount of Costs: | $ |
| Rate of Interest: | %4.08 |
| Amount of Credits Since Judgment: | $ 0.00 |
| Amount Due: | |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

DATED: JAN 2 3 2025

CLERK OF COURT

By: _____
Deputy Clerk

O:Houforms/Forms-Web