UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

Lewis Brisbois Bisgaard & Smith LLP   §
                                      §
                                      §
                                      §   ACTION NUMBER:
                                      §   4:22-cv-3279
                                      §
versus                                §
                                      §
                                      §
Michael Joseph Bitgood et al.         §
                                      §
                                      §

## ABSTRACT OF JUDGMENT

| Date of Judgment Entered: | September 13, 2024 |
| Judgment in Favor of: | Plaintiff |
| Judgment Against: | Susan C. Norman |
| Amount of Judgment: | $500,000.00 |
| Amount of Costs: | $ |
| Rate of Interest: | %4.08 |
| Amount of Credits Since Judgment: | $ 0.00 |
| Amount Due: | |

    The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

DATED: _____JAN 2 3 2025_____

CLERK OF COURT

By: _____
Deputy Clerk

O:Houforms/Forms-Web