UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Lewis Brisbois Bisgaard & Smith LLP § § § § § §
ACTION NUMBER:
4:22-cv-3279

*versus* § §

Michael Joseph Bitgood et al. § § § §

## ABSTRACT OF JUDGMENT

| Date of Judgment Entered: | September 13, 2024 |
| --- | --- |
| Judgment in Favor of: | Plaintiff |
| Judgment Against: | Bradley B. Beers |
| Amount of Judgment: | $10,000.00 |
| Amount of Costs: | $ |
| Rate of Interest: | %4.08 |
| Amount of Credits Since Judgment: | $ 0.00 |
| Amount Due: | |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

DATED: _____JAN 2 3 2025_____

CLERK OF COURT

By: _____
Deputy Clerk

*O:Houforms/Forms-Web*