United States District Court
Southern District of Texas
**ENTERED**
February 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Lewis Brisbois Bisgaard and Smith, LLP,** § § § | |
| **Plaintiff,** § § | |
| v. § | Civil Action No. 4:22-cv-03279 |
| § § | |
| **Michael Joseph Bitgood, et al.,** § § § | |
| **Defendants.** § | |

## ORDER GRANTING
## DEFENDANT BRADLEY B. BEERS' UNOPPOSED MOTION
## TO STAY EXECUTION OF JUDGMENT AND APPROVE A CASH BOND

The Court has considered Defendant Bradley B. Beers' Unopposed Motion to Stay Execution of Judgment and Approval of Cash Bond, ECF No. 377, and finds that the motion is meritorious and unopposed.

It is ORDERED that:

Execution of the judgment entered against Defendant Bradley B. Beers on September 13, 2024, in the amount of $10,000.00, is hereby STAYED pending appeal.

Beers is authorized to post a cash bond in the amount of $11,000.00, which shall be held by the Clerk of Court as security for the judgment pending appeal.

The Clerk shall accept and maintain the cash bond deposit of $11,000.00, which shall remain in place until further order of this Court or resolution of the appeal.

SIGNED this 13th day of February, 2025.

Keith P. Ellison
UNITED STATES DISTRICT JUDGE