## UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

Lewis Brisbois Bisgaard & Smith, LLP §
§
§
§      ACTION NUMBER:
§      4:22-cv-3279
§
*versus*   §
§
§
Michael Joseph Bitgood, et al.   §
§
§

### ABSTRACT OF JUDGMENT

| Date of Judgment Entered: | December 17, 2024 |
|---|---|
| Judgment in Favor of: | Plaintiff |
| Judgment Against: | Susan C. Norman, Bradley B. Beers, Michael Joseph Bitgood |
| Amount of Judgment: | $543,146.81 |
| Amount of Costs: | $ |
| Rate of Interest: | %4.27 |
| Amount of Credits Since Judgment: | $  0.00 |
| Amount Due: | |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

DATED: **SEP 0 9 2025**

CLERK OF COURT

By: _~~signature~~_

Deputy Clerk

*O:Houforms/Forms-Web*