# United States Court of Appeals
## for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
October 23, 2025
Nathan Ochsner, Clerk of Court

No. 24-20458

United States Court of Appeals
Fifth Circuit
**FILED**
October 23, 2025
Lyle W. Cayce
Clerk

LEWIS BRISBOIS BISGAARD & SMITH, L.L.P.,

*Plaintiff—Appellee,*

*versus*

MICHAEL JOSEPH BITGOOD, *also known as* MICHAEL EASTON; SUSAN C. NORMAN; BRADLEY B. BEERS,

*Defendants—Appellants.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-3279

ORDER:

IT IS ORDERED that the Appellant's motion for judicial notice is DENIED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 23, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-20458   Lewis Brisbois v. Bitgood
USDC No. 4:22-CV-3279

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Mr. Michael Joseph Bitgood
Mr. Samuel Wallace Dunwoody
Mr. William S. Helfand
Mr. Sean M. Higgins
Ms. Susan C. Norman
Mr. Nathan Ochsner