# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED

*February 27, 2026*

Nathan Ochsner, Clerk of Court

No. 24-20458

United States Court of Appeals
Fifth Circuit

**FILED**

February 27, 2026

Lyle W. Cayce
Clerk

LEWIS BRISBOIS BISGAARD & SMITH, L.L.P.,

*Plaintiff—Appellee,*

*versus*

MICHAEL JOSEPH BITGOOD, *also known as* MICHAEL EASTON; SUSAN C. NORMAN; BRADLEY B. BEERS,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CV-3279

---

## JUDGMENT ON PETITIONS FOR REHEARING

Before GRAVES and DUNCAN, *Circuit Judges.*\*

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the district court's judgment is AFFIRMED as it pertains to unfair competition, conspiracy to infringe, and permanent injunctive relief. We

---

\*JUDGE DENNIS was a member of the panel that heard this case but took inactive status after the case was submitted. This matter is decided by a quorum under 28 U.S.C. § 46(d).

REVERSE as to Beers's attorney immunity, VACATE the award of statutory damages and attorney fees, and REMAND for further proceedings consistent with this opinion.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.



Certified as a true copy and issued
as the mandate on Feb 27, 2026

Attest: *Jyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

2

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 27, 2026

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 24-20458    Lewis Brisbois v. Bitgood
                  USDC No. 4:22-CV-3279

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

*Christy Combel*

By: _____
Christy M. Combel, Deputy Clerk
504-310-7651

cc:
    Mr. Michael Joseph Bitgood
    Mr. Samuel Wallace Dunwoody
    Mr. William S. Helfand
    Mr. Sean M. Higgins
    Ms. Susan C. Norman